FORM 104 (08/07)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|
| **PLAINTIFFS**<br>Vernon Paul Varner and Lynda K. Topp Varner | **DEFENDANTS**<br>United States of America (Internal Revenue Service) |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>Jerrold Wanek, Garten & Wanek,<br>505 5th Avenue, Suite 835, Des Moines, IA 50309 | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only)<br>☒ Debtor     ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor   ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☐ Debtor     ☐ U.S. Trustee/Bankruptcy Admin<br>☒ Creditor   ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
Dischargeability of 1998, 1999, 2000 and 2001 taxes.

**NATURE OF SUIT**
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☒ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ 319,150.63 |
| Other Relief Sought | |

FORM 104 (10/06), Page 2

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | | |
|---|---|---|---|
| NAME OF DEBTOR Vernon Paul Varner and Lynda K. Topp Varner | | BANKRUPTCY CASE NO. 09-03857-lmj7 | |
| DISTRICT IN WHICH CASE IS PENDING Southern | DIVISIONAL OFFICE Des Moines | NAME OF JUDGE Lee Jackwig | |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | | |
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. | |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISIONAL OFFICE | NAME OF JUDGE | |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF) | | | |
| DATE September 29, 2009 | PRINT NAME OF ATTORNEY (OR PLAINTIFF) Jerrold Wanek | | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, if it is required by the court. In some courts, the cover sheet is not required when the adversary proceeding is filed electronically through the court's Case Management/Electronic Case Files (CM/ECF) system. (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs** and **Defendants.** Give the names of the plaintiffs and the defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and in the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| IN RE: | |
| Vernon Paul Varner<br>Lynda K. Topp Varner<br>DEBTOR. | CASE NO. 09-03857- LMJ7<br>CHAPTER  7 |
| VERNON PAUL VARNER<br>LYNDA K. TOPP VARNER<br>Plaintiffs, | ADVERSARY NO. _____ |
| vs. | |
| UNITED STATES OF AMERICA<br>(INTERNAL REVENUE SERVICE),<br>Defendant. | |

COMPLAINT TO DETERMINE
DISCHARGEABILITY OF
INTERNAL REVENUE SERVICE

Plaintiffs' state:

1. Plaintiffs are individuals who reside in the Southern District of Iowa. Defendant is the Internal Revenue Service, which is an agency of the U.S. Government.

2. The Court has jurisdiction over this matter under the provisions of 28 U.S.C. Section 1334 and 28 U.S.C. Section 157. This action is a core proceeding.

3. On August 11, 2009, Plaintiffs filed a voluntary petition pursuant to Chapter 7 of Title 11 of the United States Code.

4. Among the creditors which were scheduled by Plaintiffs was the Defendant for taxes, penalties, and

1

interest claims relating to Plaintiffs' individual income tax for calendar years 1998 through 2001.

5. The taxes described in paragraph 4 were identified on Form 1040.

6. The total of all of said claims of Defendant is approximately $319,150.63, plus additional interest and penalty.

7. The claims of Defendant against Plaintiffs are not priority claims under 11 U.S.C. Section 507(a)(7) since the claims are for a tax measured on income for which the return was due more than three years before the date of filing the petition, and were, in fact, assessed more than two years before the date of the filing of the petition.

8. All returns relating to said claims have been filed by Plaintiffs more than two years prior to the date of filing.

9. All returns relating to said claims were honest and filed in good faith. Plaintiffs did not file any fraudulent returns, nor did they willfully attempt in any manner to evade or defeat such tax.

WHEREFORE, the Plaintiffs pray that the Court issue an order determining that the claims of the IRS against the Plaintiffs for federal income tax, Form 1040 for calendar years 1998 through 2001 are dischargeable, and that all tax liens relating thereto do not attach to any property acquired by the debtor post-petition.

2

GARTEN & WANEK

BY_____/s/_____

Jerrold Wanek #IS9998937
835 Insurance Exchange Bldg.
Des Moines, IA  50309
Telephone: (515) 243-1249
Attorney for Debtors.

3