## United States Bankruptcy Court
## for the Southern District of Iowa

| | |
|---|---|
| In re:<br><br>Vernon Paul Varner and Lynda K. Topp Varner | Case No. 09-03857-lmj<br><br>Chapter 7 |
| Vernon Paul Varner and Lynda K. Topp Varner,<br><br>    Plaintiffs,<br><br>  v.<br><br>United States of America,<br><br>    Defendant. | Adv. Proc. No. 09-30121-lmj |

## Stipulated Final Pretrial Order

For their Stipulated Final Pretrial Order, Plaintiffs, Vernon Paul Varner and

Lynda K. Topp Varner, and Defendant, United States of America, state as follows:

## For Plaintiff

### A.  Statement of theory of claim for relief

Plaintiffs seek Judgment of this Court determining that the claims of the IRS

against the Plaintiffs for federal income tax, Form 1040 for calendar years 1998 through

2001 are dischargeable, and that all tax liens relating thereto do not attach to any property

acquired by the debtor post-petition.

### B.  Summary of Plaintiffs' contentions of facts in support of their claim

Plaintiffs are individuals who reside in the Southern District of Iowa.  Defendant

is the Internal Revenue Service, which is an agency of the U.S. Government.

1

The Court has jurisdiction over this matter under the provisions of 28 U.S.C. Section 1334 and 28 U.S.C. Section 157.  This action is a core proceeding.

On August 11, 2009, Plaintiffs filed a voluntary petition pursuant to Chapter 7 of Title 11 of the United States Code.

Among the creditors which were scheduled by Plaintiffs was the Defendant for taxes, penalties, and interest claims relating to Plaintiffs' individual income tax for calendar years 1998 through 2001.

The taxes described above were identified on Form 1040.

The total of all of said claims of Defendant is approximately $319,150.63, plus additional interest and penalty.

The claims of Defendant against Plaintiff are not priority claims under 11 U.S.C. Section 507(a)(7) since the claims are for a tax measured on income for which the return was due more than three years before the date of filing the petition, and were, in fact, assessed more than two years before the date of the filing of the petition.

All returns relating to said claims have been filed by Plaintiffs more than two years prior to the date of filing.

All returns relating to said claims were honest and filed in good faith.  Plaintiffs did not file any fraudulent returns, nor did they willfully attempt in any manner to evade or defeat such tax.


## For Defendant

**A.  Statement of the defense**

Vernon Varner has willfully attempted to evade or defeat his liability for federal income taxes for the years 1998 – 2001, and those tax liabilities are therefore excepted from discharge pursuant to 11 U.S.C. § 523(a)(1)(C).

2

6399994.5

**B.  Summary of Defendant's contentions of fact in support of its defenses**

Vernon Varner, a physician with over thirty years of experience who also has a

law degree—he ran his practice through his professional corporation:  Vernon Varner,

M.D., J.D., P.C.—knew that he had a duty, each year, to file income tax returns and pay

the tax due.  Yet for each year between 1998 and 2001, he didn't timely file his returns.

He didn't start filing those returns until 2003.  And he's still paid only a fraction of his

outstanding liability for those taxes.  He filed for Chapter 7 relief in 2009 and now seeks

an order discharging his liability for those taxes, a liability that currently exceeds

$300,000.   But Dr. Varner's spending decisions—as evidenced by his own admissions

and his bank records—reveal that his failure to pay his taxes arises from his attempt to

evade and defeat his liability for those taxes, and section 523(a)(1)(C) therefore excepts

them from his discharge.

Dr. Varner had ample ability to pay his taxes.  He earned substantial amounts

from consulting and investments between 1998 and 2001, and he earned hundreds of

thousands of dollars after 2001 from his psychiatry practice, consulting, and investments.

The table below lists the income he reported on his tax returns:

| Year | Income | | Year | Income |
|------|--------|---|------|--------|
| 1998 | $208,871 | | 2004 | $50,593 |
| 1999 | 175,912 | | 2005 | *259,746 |
| 2000 | 138,120 | | 2006 | 153,697 |
| 2001 | 149,920 | | 2007 | 22,641 |
| 2002 | *177,472 | | 2008 | 149,346 |
| 2003 | *200,640 | | | |

* Jointly reported with spouse

3

6399994.5

But Dr. Varner spent his income as fast as he earned it—and sometimes even faster. Which is what happened between 1998 and 2001. During that period, Dr. Varner's cash requirements outpaced his income, so to cover the shortfall he simply opted not to pay his federal income taxes. For each year between 1998 and 2000, Dr. Varner made no estimated payments during the year and instead would send a token amount along with his request for an extension of time to file his return. In 1998, for example, he made no estimated payments during the tax year and sent in a mere $6,000 with his request for an extension; his ultimate tax liability for that year exceeded $50,000, however. He followed the same pattern in 1999 and 2000: no estimated payments during the year, payments of $4,000 and $5,000 with his extension requests, while his annual liabilities for those years exceeded $39,900 and $32,200, respectively.

And his cash requirements between 1998 and 2001 were substantial. In 1998 he was divorced from his first wife of 28 years, which resulted in a substantial alimony obligation. His two sons were aged 18 and 24 in 1998, but Dr. Varner committed to paying their tuition and living expenses. He remarried in June 2000, and in November 1999 he bought a 2,300-square-foot house for $225,000. Rather than adapt his lifestyle to these new financial constraints, Dr. Varner transcended them—for a while, at least—by ignoring his tax obligations. Indeed, his 1999 house purchase marked the beginning of a spending spree fueled by Dr. and Mrs. Varners' earnings and their credit cards.

The amount and scope of their cash outflows was staggering. For example, between June 2002 and June 2004, the Varners spent over $250,000 in constructing an addition to their house—doubling its size. In 2005, Dr. Varner spent over $47,000 on rare coins (which, according to Dr. Varner—who didn't list them on his schedules—

4

proved to be worthless).   And between 1999 and 2009, the Varners transferred over

$48,000 to or for the benefit of Dr. Varner's adult sons.   All these expenditures occurred

while Dr. Varner's tax liabilities went unpaid.

The Varners' credit card expenditures are particularly noteworthy.  Between

March 1999 and May 2009, the Varners paid credit card issuers over $280,000 (an

average of approximately $2,300 per month).  Account statements reveal that while Dr.

Varner's tax liabilities went unpaid, he and his wife binged on luxury consumer goods

and services, such as—

- over $6,000 at high-end retailers such as Bose, Hammacher Schlemmer, Levenger, The Sharper Image, Victoria's Secret, Chico's, and Orek;

- over $4,000 cash at spas and tanning salons;

- over $1,500 with a company called U.S.Wings, an online retailer that advertises itself as "the world's leading authority on bomber jackets and aviation apparel" ($660.10 in December 2007 and $979.20 in December 2003);

- over $2,300 for a king-sized Select Comfort Sleep-Number brand bed and mattress (March and April  2009);

- over $1,400 with the Gevalia gourmet coffee company;

- over $3,000 on music instruments and materials between November 2008 and January 2009;

- over $3,000 on home computers (including a $1,775 Apple computer purchased in November 2008);

- over $1,600 for flowers;

- over $1,500 with the Hancher Auditorium, Ticketmaster.com, and the Sportsman's Guide (a retailer of camping and outdoor equipment);

- $850 for art from an Arizona artist named Susanna Castro;

- $1,001.47 at a resort in Rio Rico Arizona (January 2009);

- over $2,000 online with Apple.com and the Apple iTunes store between 2006 and 2009;

5

6399994.5

- over $2,000 on pet-related expenses;

- $966.66 at Offenbachers, a supplier of patio furniture and swimming pool supplies (May 2003);

- over $11,500 with White Dog Imported Auto (between February 2003 and February 2004); and

- over $5,600 on unknown goods or services funded by 28 separate $200-withdrawals during a two-month period ending in early January 2009.

All of those expenditures occurred while Dr. Varner knew that he had substantial outstanding liability for his 1998-2001 federal income taxes. His refusal to fully pay his income taxes for the years 1998 to 2001, viewed in the context of his income and his spending decisions, was caused by his willful attempts to evade and defeat those taxes.

## Joint Statement of Uncontested Facts

1. Plaintiffs are individuals who reside in the Southern District of Iowa. Defendant is the United States.

2. The Court has jurisdiction over this matter under the provisions of 28 U.S.C. Section 1334 and 28 U.S.C. Section 157.

3. On August 11, 2009, Plaintiffs filed a voluntary petition pursuant to Chapter 7 of Title 11 of the United States Code.

4. Among the creditors that were scheduled by Plaintiffs was the Defendant for taxes, penalties, and interest claims relating to Plaintiffs' individual income tax for calendar years 1998-2001.

5. On September 3, 2010, the IRS timely filed a proof of claim. The IRS's proof of claim asserts a claim in the amount of $461,134.76. Of that amount, $325,644.67 is for income taxes, interest, and penalties for the years 1998 – 2001.

6399994.5

6.      **1998 taxes.**  The return for Vernon Varner's 1998 federal income taxes was due on August 15, 1999.  Mr. Varner filed his 1998 return—which was prepared by an accountant—in January 2004.

7.      **1999 taxes.**  The return for Vernon Varner's 1999 federal income taxes was due on October 15, 2000.  Mr. Varner filed his 1999 return—which was prepared by an accountant—in November 2003.

8.      **2000 taxes.**  The return for Vernon Varner's 2000 federal income taxes was due on October 15, 2001.  Mr. Varner filed his 2000 return—which was prepared by an accountant—on April 28, 2003.  His filing status for the 2000 return was Married Filing Separate.  In November 2003, Vernon Varner filed an amendment to his 2000 federal income tax return; the amendment was prepared by an accountant.

9.      **2001 taxes.**  The return for Vernon Varner's 2001 federal income taxes was due on October 15, 2001.  Mr. Varner filed his 2001 return—which was prepared by an accountant—on April 28, 2003.  His filing status for the 2001 return was Married Filing Separate.  In October 2003, Vernon Varner filed an amendment to his 2001 federal income tax return; the amendment was prepared by an accountant.

### Statement of Contested Legal Issue

Whether Vernon Varner's federal income tax liabilities for 1998 through 2001 are excepted from discharge pursuant to 11 USC §523(a)(1)(C)?

### Plaintiffs' Witnesses

Vernon Varner

### Plaintiffs' Exhibits

1.  1998 Federal Tax Return for Vernon Varner

6399994.5

2.  1999 Federal Tax Return for Vernon Varner

3.  2000 Federal Tax Return for Vernon Varner

4.  2001 Federal Tax Return for Vernon Varner

5.  File Stamped copy of Petition in Bankruptcy

**Defendant's Witnesses**

Vernon Varner
14 Brickwood Cir., N.E.
Iowa City, IA  52240

Lynda Varner
14 Brickwood Cir., N.E.
Iowa City, IA  52240

Hayden Varner
Iowa City, Iowa

Marcie Hoffman
Revenue Officer,
Internal Revenue Service
271 W. 3rd St. North - Ste. 3000
Wichita, KS 7002

Robert A. Rehfuss, CPA
1101 5th Street, Suite 204
Coralville, IA 52241

Allen Winn, CPA
Latta, Harris, Hannon & Penningroth, LLP
2730 Naples Ave., SW Ste. 101
Iowa City, IA  52240

Jean Bott
1828 S. Ridge Rd.
Coralville, IA 52241-1055

Linda Hobart
13 Arbandy Dr.

6399994.5

Iowa City, IA  52240-3006

Mahana Karimi, Paralegal (summary witness)
United States Dept. of Justice
555 4th St., NW
Washington, D.C. 20001

Steven K. Boyd, C.P.A.
388 Lesley Lane NE
Cedar Rapids, IA 52402

Scott Bartels
1500 Brown Deer Rd.
Coralville, IA 52241-1043

Representatives of banks and credit card companies (to authenticate documents)

Defendant reserves the right to call any witness identified by Plaintiffs.

## Defendant's Exhibits

See attached schedule.

6399994.5

**Time for Trial**

Counsel estimate that trial will require two days.

Dated:   February 15, 2011

Respectfully submitted,

/s/  Curtis J. Weidler                         /s/ Jerrold Wanek
Trial Attorney, Tax Division          Jerrold Wanek IS9998937
U.S. Department of Justice            Garten & Wanek
Post Office Box 7238                    835 Insurance Exchange Bldg.
Washington, D.C.  20044             Des Moines, IA  50309
Telephone: (202) 307-1436          Tel: (515) 243-1249
Facsimile: (202) 514-6770
Email: curtis.j.weidler@usdoj.gov
Member of New York Bar


Attorneys for United States of America    Attorneys for Vernon Varner and
                                                             Lynda Varner

10

6399994.5

# Schedule of Defendant's Exhibits

**Varner v. United States**                                                                 *As of 9 Feb 2011*
**Adv. Proc No. 09-30121-LMJ-7**

| Defendant's Exhibit | Bates Start | Bates End | Description | Authenticity: Agree/Disagree |
|---|---|---|---|---|
| 1 | n/a | n/a | n/a | |
| 2 | MPCR002610 | MPCR002611 | Letter from M&P 4/10/01 | |
| 3 | MPCR005184 | MPCR005185 | Statement of Accounts | |
| 4 | TRAVELERS00006 | TRAVELERS00023 | File Level | |
| 5 | VARNER06059 | VARNER06060 | Authorization Resolution | |
| 6 | VARNER06237 | VARNER06237 | Bank Signatures | |
| 7 | VARNER19505 | VARNER19506 | Bank Statements | |
| 8 | VARNER19507 | VARNER19509 | Bank Statements | |
| 9 | VARNER19517 | VARNER19519 | Bank Statements | |
| 10 | VARNER19520 | VARNER19523 | Bank Statements | |
| 11 | VARNER19534 | VARNER19536 | Bank Statements | |
| 12 | VARNER19545 | VARNER19545 | Checks | |
| 13 | VARNER19549 | VARNER19551 | Bank Statements | |
| 14 | VARNER19554 | VARNER19555 | Bank Statements | |
| 15 | VARNER19569 | VARNER19697 | Bank Statements | |
| 16 | VARNER19698 | VARNER19739 | Bank Statements | |
| 17 | VARNER19776 | VARNER19777 | Bank Statements | |
| 18 | VARNER19778 | VARNER19793 | Checks | |
| 19 | VARNER19794 | VARNER19796 | Bank Statements | |
| 20 | VARNER19797 | VARNER19810 | Bank Statements | |
| 21 | VARNER19811 | VARNER19813 | Bank Statements | |
| 22 | VARNER19814 | VARNER19826 | Checks | |
| 23 | VARNER19827 | VARNER19829 | Bank Statements | |
| 24 | VARNER19830 | VARNER19844 | Checks | |
| 25 | VARNER19845 | VARNER19847 | Bank Statements | |
| 26 | VARNER19848 | VARNER19875 | Checks | |

| Defendant's Exhibit | Bates Start | Bates End | Description | Authenticity: Agree/Disagree |
|---|---|---|---|---|
| 27 | VARNER19876 | VARNER19878 | Bank Statements | |
| 28 | VARNER19879 | VARNER19905 | Checks | |
| 29 | VARNER19906 | VARNER19908 | Bank Statements | |
| 30 | VARNER19909 | VARNER19918 | Checks | |
| 31 | VARNER19919 | VARNER19921 | Bank Statements | |
| 32 | VARNER19922 | VARNER19937 | Checks | |
| 33 | VARNER19938 | VARNER19940 | Bank Statements | |
| 34 | VARNER19941 | VARNER19960 | Checks | |
| 35 | VARNER19961 | VARNER19963 | Bank Statements | |
| 36 | VARNER19964 | VARNER19992 | Checks | |
| 37 | VARNER19993 | VARNER19996 | Bank Statements | |
| 38 | VARNER19997 | VARNER20014 | Checks | |
| 39 | VARNER20015 | VARNER20017 | Bank Statements | |
| 40 | VARNER20018 | VARNER20037 | Checks | |
| 41 | VARNER20044 | VARNER20046 | Bank Statements | |
| 42 | VARNER20047 | VARNER20053 | Checks | |
| 43 | VARNER20054 | VARNER20056 | Bank Statements | |
| 44 | VARNER20057 | VARNER20067 | Checks | |
| 45 | VARNER20068 | VARNER20070 | Bank Statements | |
| 46 | VARNER20071 | VARNER20093 | Checks | |
| 47 | VARNER20094 | VARNER20096 | Bank Statements | |
| 48 | VARNER20097 | VARNER20112 | Checks | |
| 49 | VARNER20113 | VARNER20115 | Bank Statements | |
| 50 | VARNER20116 | VARNER20129 | Checks | |
| 51 | VARNER20130 | VARNER20132 | Bank Statements | |
| 52 | VARNER20133 | VARNER20143 | Checks | |
| 53 | VARNER20144 | VARNER20146 | Bank Statements | |
| 54 | VARNER20147 | VARNER20165 | Checks | |
| 55 | VARNER20166 | VARNER20168 | Bank Statements | |
| 56 | VARNER20169 | VARNER20189 | Checks | |
| 57 | VARNER20190 | VARNER20193 | Bank Statements | |

| Defendant's Exhibit | Bates Start | Bates End | Description | Authenticity: Agree/Disagree |
|---|---|---|---|---|
| 58 | VARNER20194 | VARNER20216 | Checks | |
| 59 | VARNER20217 | VARNER20219 | Bank Statements | |
| 60 | VARNER20220 | VARNER20239 | Checks | |
| 61 | VARNER20240 | VARNER20242 | Bank Statements | |
| 62 | VARNER20243 | VARNER20262 | Checks | |
| 63 | VARNER20263 | VARNER20266 | Bank Statements | |
| 64 | VARNER20267 | VARNER20293 | Checks | |
| 65 | VARNER20294 | VARNER20296 | Bank Statements | |
| 66 | VARNER20297 | VARNER20306 | Checks | |
| 67 | VARNER20307 | VARNER20309 | Bank Statements | |
| 68 | VARNER20310 | VARNER20339 | Checks | |
| 69 | VARNER20340 | VARNER20343 | Bank Statements | |
| 70 | VARNER20344 | VARNER20374 | Checks | |
| 71 | VARNER20375 | VARNER20378 | Bank Statements | |
| 72 | VARNER20379 | VARNER20381 | Checks | |
| 73 | VARNER20382 | VARNER20384 | Bank Statements | |
| 74 | VARNER20385 | VARNER20399 | Checks | |
| 75 | VARNER20400 | VARNER20404 | Bank Statements | |
| 76 | VARNER20405 | VARNER20422 | Checks | |
| 77 | VARNER20423 | VARNER20425 | Bank Statements | |
| 78 | VARNER20426 | VARNER20449 | Checks | |
| 79 | VARNER20450 | VARNER20453 | Bank Statements | |
| 80 | VARNER20454 | VARNER20464 | Checks | |
| 81 | VARNER20465 | VARNER20467 | Bank Statements | |
| 82 | VARNER20468 | VARNER20479 | Checks | |
| 83 | VARNER20480 | VARNER20482 | Bank Statements | |
| 84 | VARNER20483 | VARNER20493 | Checks | |
| 85 | VARNER20494 | VARNER20498 | Bank Statements | |
| 86 | VARNER20499 | VARNER20510 | Checks | |
| 87 | VARNER20511 | VARNER20513 | Bank Statements | |
| 88 | VARNER20514 | VARNER20534 | Checks | |

| Defendant's Exhibit | Bates Start | Bates End | Description | Authenticity: Agree/Disagree |
|---|---|---|---|---|
| 89 | VARNER20535 | VARNER20537 | Bank Statements | |
| 90 | VARNER20538 | VARNER20558 | Checks | |
| 91 | VARNER20559 | VARNER20562 | Bank Statements | |
| 92 | VARNER20563 | VARNER20578 | Checks | |
| 93 | VARNER20579 | VARNER20581 | Bank Statements | |
| 94 | VARNER20582 | VARNER20593 | Checks | |
| 95 | VARNER20594 | VARNER20596 | Bank Statements | |
| 96 | VARNER20597 | VARNER20605 | Checks | |
| 97 | VARNER20606 | VARNER20609 | Bank Statements | |
| 98 | VARNER20610 | VARNER20624 | Checks | |
| 99 | VARNER20625 | VARNER20629 | Bank Statements | |
| 100 | VARNER20630 | VARNER20649 | Checks | |
| 101 | VARNER20650 | VARNER20654 | Bank Statements | |
| 102 | VARNER20655 | VARNER20676 | Checks | |
| 103 | VARNER20677 | VARNER20681 | Bank Statements | |
| 104 | VARNER20682 | VARNER20710 | Checks | |
| 105 | VARNER20711 | VARNER20715 | Bank Statements | |
| 106 | VARNER20716 | VARNER20746 | Checks | |
| 107 | VARNER20747 | VARNER20751 | Bank Statements | |
| 108 | VARNER20752 | VARNER20762 | Checks | |
| 109 | VARNER20763 | VARNER20767 | Bank Statements | |
| 110 | VARNER20768 | VARNER20789 | Checks | |
| 111 | VARNER20790 | VARNER20794 | Bank Statements | |
| 112 | VARNER20795 | VARNER20807 | Checks | |
| 113 | VARNER20808 | VARNER20811 | Bank Statements | |
| 114 | VARNER20812 | VARNER20819 | Checks | |
| 115 | VARNER20820 | VARNER20823 | Bank Statements | |
| 116 | VARNER20824 | VARNER20831 | Checks | |
| 117 | VARNER20832 | VARNER20834 | Bank Statements | |
| 118 | VARNER20835 | VARNER20840 | Checks | |
| 119 | VARNER20841 | VARNER20844 | Bank Statements | |

| Defendant's Exhibit | Bates Start | Bates End | Description | Authenticity: Agree/Disagree |
|---|---|---|---|---|
| 120 | VARNER20845 | VARNER20850 | Checks | |
| 121 | VARNER20851 | VARNER20854 | Bank Statements | |
| 122 | VARNER20938 | VARNER20938 | Email M. Billups 1/14/10 | |
| 123 | VARNER20944 | VARNER20946 | Email M. Billups 110/30/09 | |
| 124 | VARNER20967 | VARNER20967 | Notes | |
| 125 | VARNER20968 | VARNER20978 | Loan List | |
| 126 | VARNER20980 | VARNER20980 | Letter SSS&S 12/7/05 | |
| 127 | VARNER21016 | VARNER21016 | Email B. Rehfus 3/30/05 | |
| 128 | VARNER21017 | VARNER21017 | Email B. Rehfus 12/8/05 | |
| 129 | VARNER21018 | VARNER21019 | Email B. Rehfus 12/8/05 | |
| 130 | VARNER21020 | VARNER21022 | Letter SSS&S 12/6/05 | |
| 131 | VARNER21023 | VARNER21024 | Email B. Rehfus 4/11/06 | |
| 132 | VARNER21029 | VARNER21029 | Notes | |
| 133 | VARNER21225 | VARNER21295 | Bank Statements | |
| 134 | VARNER21300 | VARNER21415 | Bank Statements | |
| 135 | VARNER21418 | VARNER21641 | Bank Statements | |
| 136 | VARNER21649 | VARNER21698 | Bank Statements | |
| 137 | VARNER21699 | VARNER21711 | Bank Statements | |
| 138 | VARNER21712 | VARNER21720 | Bank Statements | |
| 139 | VARNER21728 | VARNER21844 | Bank Statements | |
| 140 | VARNER21915 | VARNER21917 | Authorization Resolution | |
| 141 | VARNER21918 | VARNER21922 | Authorization Resolution | |
| 142 | VARNER21927 | VARNER21928 | Authorization Resolution | |
| 143 | VARNER21956 | VARNER21967 | Bank Statements | |
| 144 | VARNER21984 | VARNER21984 | Checks | |
| 145 | VARNER22000 | VARNER22000 | Checks | |
| 146 | VARNER22022 | VARNER22041 | Bank Statements | |
| 147 | VARNER22042 | VARNER22115 | Checks | |
| 148 | VARNER22122 | VARNER22151 | Loan Application | |
| 149 | VARNER22194 | VARNER22201 | Checks | |
| 150 | VARNER22202 | VARNER22209 | Checks | |

| Defendant's Exhibit | Bates Start | Bates End | Description | Authenticity: Agree/Disagree |
|---|---|---|---|---|
| 151 | VARNER22210 | VARNER22220 | Checks | |
| 152 | VARNER22221 | VARNER22225 | Checks | |
| 153 | VARNER22226 | VARNER22231 | Checks | |
| 154 | VARNER22232 | VARNER22235 | Checks | |
| 155 | VARNER22236 | VARNER22240 | Checks | |
| 156 | VARNER22241 | VARNER22247 | Checks | |
| 157 | VARNER22248 | VARNER22249 | Checks | |
| 158 | VARNER22250 | VARNER22258 | Checks | |
| 159 | VARNER22259 | VARNER22263 | Checks | |
| 160 | VARNER22264 | VARNER22268 | Checks | |
| 161 | VARNER22269 | VARNER22275 | Checks | |
| 162 | VARNER22276 | VARNER22282 | Checks | |
| 163 | VARNER22283 | VARNER22284 | Checks | |
| 164 | VARNER22285 | VARNER22289 | Checks | |
| 165 | VARNER22290 | VARNER22294 | Checks | |
| 166 | VARNER22295 | VARNER22295 | Checks | |
| 167 | VARNER22296 | VARNER22300 | Checks | |
| 168 | VARNER22301 | VARNER22308 | Checks | |
| 169 | VARNER22309 | VARNER22311 | Checks | |
| 170 | VARNER22312 | VARNER22316 | Checks | |
| 171 | VARNER22317 | VARNER22321 | Checks | |
| 172 | VARNER22322 | VARNER22323 | Checks | |
| 173 | VARNER22324 | VARNER22330 | Checks | |
| 174 | VARNER22331 | VARNER22337 | Checks | |
| 175 | VARNER22338 | VARNER22339 | Checks | |
| 176 | VARNER22340 | VARNER22347 | Checks | |
| 177 | VARNER22348 | VARNER22355 | Checks | |
| 178 | VARNER22356 | VARNER22364 | Checks | |
| 179 | VARNER22365 | VARNER22370 | Checks | |
| 180 | VARNER22371 | VARNER22376 | Checks | |
| 181 | VARNER22377 | VARNER22382 | Checks | |

| Defendant's Exhibit | Bates Start | Bates End | Description | Authenticity: Agree/Disagree |
|---|---|---|---|---|
| 182 | VARNER22383 | VARNER22391 | Checks | |
| 183 | VARNER22392 | VARNER22398 | Checks | |
| 184 | VARNER22399 | VARNER22405 | Checks | |
| 185 | VARNER22406 | VARNER22485 | Bank Statements | |
| 186 | VARNER22486 | VARNER22522 | Bank Statements | |
| 187 | VARNER22523 | VARNER22544 | Bank Statements | |
| 188 | VARNER22545 | VARNER22545 | Loan Information | |
| 189 | VARNER22766 | VARNER22767 | Budget Information | |
| 190 | VARNER22812 | VARNER22817 | Response | |
| 191 | VARNER22818 | VARNER22821 | Outline of Events | |
| 192 | VARNER22825 | VARNER22826 | Letter M&P 7/3/03 | |
| 193 | VARNER22927 | VARNER22927 | Income Report | |
| 194 | VARNER22942 | VARNER22943 | Letter R. Mountsier 2/16/05 | |
| 195 | VARNER22955 | VARNER22979 | Register | |
| 196 | VARNER23000 | VARNER23017 | Register | |
| 197 | VARNER23018 | VARNER23035 | Register | |
| 198 | VARNER23036 | VARNER23092 | Register | |
| 199 | VARNER23093 | VARNER23114 | Register | |
| 200 | VARNER23115 | VARNER23136 | Register | |
| 201 | VARNER23137 | VARNER23160 | Register | |
| 202 | VARNER23161 | VARNER23184 | Register | |
| 203 | VARNER23185 | VARNER23203 | Register | |
| 204 | VARNER23204 | VARNER23216 | Register | |
| 205 | VARNER23217 | VARNER23226 | Register | |
| 206 | VARNER23227 | VARNER23234 | Register | |
| 207 | VARNER23235 | VARNER23405 | Register | |
| 208 | VARNER23406 | VARNER23430 | Register | |
| 209 | VARNER23440 | VARNER23442 | Bank Signatures | |
| 210 | VARNER23443 | VARNER23454 | Bank Statements | |
| 211 | VARNER23455 | VARNER23491 | Bank Statements | |
| 212 | VARNER23492 | VARNER23528 | Bank Statements | |

| Defendant's Exhibit | Bates Start | Bates End | Description | Authenticity: Agree/Disagree |
|---|---|---|---|---|
| 213 | VARNER23691 | VARNER23700 | Bank Statements | |
| 214 | VARNER23701 | VARNER23707 | Credit Application | |
| 215 | VARNER23712 | VARNER23727 | Checks | |
| 216 | VARNER23728 | VARNER23728 | Email J. Wanek 4/2/10 | |
| 217 | VARNER23729 | VARNER23731 | Additional Expenses | |
| 218 | VARNER23737 | Same | cancelled check | |
| 219 | VARNER23739 | Same | cancelled check | |
| 220 | VARNER23743 | Same | cancelled check | |
| 221 | VARNER23745 | Same | cancelled check | |
| 222 | VARNER23750 | Same | cancelled check | |
| 223 | VARNER23751 | Same | cancelled check | |
| 224 | VARNER23758 | Same | cancelled check | |
| 225 | VARNER23766 | Same | cancelled check | |
| 226 | VARNER23771 | Same | cancelled check | |
| 227 | VARNER23773 | Same | cancelled check | |
| 228 | VARNER23778 | Same | cancelled check | |
| 229 | VARNER23780 | Same | cancelled check | |
| 230 | VARNER23782 | Same | cancelled check | |
| 231 | VARNER23784 | Same | cancelled check | |
| 232 | VARNER23787 | Same | cancelled check | |
| 233 | VARNER23790 | Same | cancelled check | |
| 234 | VARNER23796 | Same | cancelled check | |
| 235 | VARNER23797 | Same | cancelled check | |
| 236 | VARNER23799 | Same | cancelled check | |
| 237 | VARNER23803 | Same | cancelled check | |
| 238 | VARNER23809 | Same | cancelled check | |
| 239 | VARNER23810 | Same | cancelled check | |
| 240 | VARNER23814 | Same | cancelled check | |
| 241 | VARNER23818 | Same | cancelled check | |
| 242 | VARNER23822 | Same | cancelled check | |
| 243 | VARNER23826 | Same | cancelled check | |

| Defendant's Exhibit | Bates Start | Bates End | Description | Authenticity: Agree/Disagree |
|---|---|---|---|---|
| 244 | VARNER23829 | Same | cancelled check | |
| 245 | VARNER23830 | Same | cancelled check | |
| 246 | VARNER23831 | Same | cancelled check | |
| 247 | VARNER23833 | Same | cancelled check | |
| 248 | VARNER23834 | Same | cancelled check | |
| 249 | VARNER23835 | Same | cancelled check | |
| 250 | VARNER23836 | Same | cancelled check | |
| 251 | VARNER23839 | Same | cancelled check | |
| 252 | VARNER23840 | Same | cancelled check | |
| 253 | VARNER23841 | Same | cancelled check | |
| 254 | VARNER23848 | Same | cancelled check | |
| 255 | VARNER23862 | Same | cancelled check | |
| 256 | VARNER23864 | Same | cancelled check | |
| 257 | VARNER23865 | Same | cancelled check | |
| 258 | VARNER23866 | Same | cancelled check | |
| 259 | VARNER23869 | Same | cancelled check | |
| 260 | VARNER23870 | Same | cancelled check | |
| 261 | VARNER23871 | Same | cancelled check | |
| 262 | VARNER23872 | Same | cancelled check | |
| 263 | VARNER23873 | Same | cancelled check | |
| 264 | VARNER23875 | Same | cancelled check | |
| 265 | VARNER23876 | Same | cancelled check | |
| 266 | VARNER23877 | Same | cancelled check | |
| 267 | VARNER23878 | Same | cancelled check | |
| 268 | VARNER23883 | Same | cancelled check | |
| 269 | VARNER23886 | Same | cancelled check | |
| 270 | VARNER23887 | Same | cancelled check | |
| 271 | VARNER23891 | Same | cancelled check | |
| 272 | VARNER23892 | Same | cancelled check | |
| 273 | VARNER23893 | Same | cancelled check | |
| 274 | VARNER23894 | Same | cancelled check | |

| Defendant's Exhibit | Bates Start | Bates End | Description | Authenticity: Agree/Disagree |
|---|---|---|---|---|
| 275 | VARNER23895 | Same | cancelled check | |
| 276 | VARNER23896 | Same | cancelled check | |
| 277 | VARNER23897 | Same | cancelled check | |
| 278 | VARNER23898 | Same | cancelled check | |
| 279 | VARNER23899 | Same | cancelled check | |
| 280 | VARNER23903 | Same | cancelled check | |
| 281 | VARNER23906 | Same | cancelled check | |
| 282 | VARNER23907 | Same | cancelled check | |
| 283 | VARNER23909 | Same | cancelled check | |
| 284 | VARNER23912 | Same | cancelled check | |
| 285 | VARNER23913 | Same | cancelled check | |
| 286 | VARNER23915 | Same | cancelled check | |
| 287 | VARNER23917 | Same | cancelled check | |
| 288 | VARNER23918 | Same | cancelled check | |
| 289 | VARNER23920 | Same | cancelled check | |
| 290 | VARNER23922 | Same | cancelled check | |
| 291 | VARNER23924 | Same | cancelled check | |
| 292 | VARNER23925 | Same | cancelled check | |
| 293 | VARNER23927 | Same | cancelled check | |
| 294 | VARNER23928 | Same | cancelled check | |
| 295 | VARNER23930 | Same | cancelled check | |
| 296 | VARNER23931 | Same | cancelled check | |
| 297 | VARNER23932 | Same | cancelled check | |
| 298 | VARNER23933 | Same | cancelled check | |
| 299 | VARNER23936 | Same | cancelled check | |
| 300 | VARNER23941 | Same | cancelled check | |
| 301 | VARNER23942 | Same | cancelled check | |
| 302 | VARNER23943 | Same | cancelled check | |
| 303 | VARNER23946 | Same | cancelled check | |
| 304 | VARNER23947 | Same | cancelled check | |
| 305 | VARNER23949 | Same | cancelled check | |

| Defendant's Exhibit | Bates Start | Bates End | Description | Authenticity: Agree/Disagree |
|---|---|---|---|---|
| 306 | VARNER23951 | Same | cancelled check | |
| 307 | VARNER23952 | Same | cancelled check | |
| 308 | VARNER23953 | Same | cancelled check | |
| 309 | VARNER23954 | Same | cancelled check | |
| 310 | VARNER23955 | Same | cancelled check | |
| 311 | VARNER23957 | Same | cancelled check | |
| 312 | VARNER23959 | Same | cancelled check | |
| 313 | | | Transcript of Account for Vernon Varner - 1998 | |
| 314 | | | Transcript of Account for Vernon Varner - 1999 | |
| 315 | | | Transcript of Account for Vernon Varner - 2000 | |
| 316 | | | Transcript of Account for Vernon Varner - 2001 | |
| 317 | | | Transcript of Account for Vernon Varner - 2002 | |
| 318 | | | Transcript of Account for Vernon Varner - 2003 | |
| 319 | | | Transcript of Account for Vernon Varner - 2004 | |
| 320 | | | Transcript of Account for Vernon Varner - 2005 | |
| 321 | | | Transcript of Account for Vernon Varner - 2006 | |
| 322 | | | Transcript of Account for Vernon Varner - 2007 | |
| 323 | | | Transcript of Account for Vernon Varner - 2008 | |
| 324 | | | Transcript of Account for Lynda Topp Varner - 2000 | |

| Defendant's Exhibit | Bates Start | Bates End | Description | Authenticity: Agree/Disagree |
|---|---|---|---|---|
| 325 | | | Transcript of Account for Lynda Topp Varner - 2001 | |
| 326 | | | Transcript of Account for Lynda Topp Varner - 2002 | |
| 327 | | | Transcript of Account for Lynda Topp Varner - 2003 | |
| 328 | | | Transcript of Account for Lynda Topp Varner - 2004 | |
| 329 | | | Transcript of Account for Lynda Topp Varner - 2005 | |
| 330 | | | Transcript of Account for Lynda Topp Varner - 2006 | |
| 331 | | | Transcript of Account for Lynda Topp Varner - 2007 | |
| 332 | | | Transcript of Account for Lynda Topp Varner - 2008 | |
| 333 | MPCR002610 | MPCR002611 | McGladrey & Pullen Memo 4/10/01 | |
| 334 | MPCR005211 | MPCR005218 | McGladrey & Pullen Memo 4/15/02 | |
| 335 | MPCR002940 | MPCR002942 | McGladrey & Pullen Letter 4/15/02 | |
| 336 | MPCR001757 | MPCR001758 | McGladrey & Pullen Letter 4/23/02 | |
| 337 | MPCR002180 | MPCR002183 | McGladrey & Pullen Memo 4/26/02 | |
| 338 | MPCR002886 | MPCR002887 | McGladrey & Pullen Memo 5/10/02 | |
| 339 | MPCR005900 | MPCR005901 | McGladrey & Pullen Memo 2/3/03 | |
| 340 | MPCR002220 | MPCR002220 | Email from Steve Boyd 3/26/03 | |
| 341 | MPCR002727 | MPCR002727 | Email from Steve Boyd 5/27/03 | |
| 342 | MPCR002218 | MPCR002218 | Email from Steve Boyd 8/18/03 | |
| 343 | MPCR004844 | MPCR004851 | Letter from Steve Boyd 5/24/03 | |
| 344 | MPCR005955 | MPCR005957 | Letter from St. Paul to Boyd 7/2/02 | |
| 345 | MPCR005945 | MPCR005945 | General Ledger | |
| 346 | MPCR002236 | MPCR002236 | Letter from St. Paul to Boyd 11/18/02 | |
| 347 | MPCR002235 | MPCR002235 | Letter from St. Paul to Boyd 1/29/03 | |

| Defendant's Exhibit | Bates Start | Bates End | Description | Authenticity: Agree/Disagree |
|---|---|---|---|---|
| 348 | MPCR002234 | MPCR002234 | Letter from St. Paul to Boyd 3/5/03 | |
| 349 | MPCR002240 | MPCR002242 | Fax Sheet St. Paul | |
| 350 | MPCR002475 | MPCR002476 | McGladrey & Pullen Memo 1/8/03 | |
| 351 | MPCR005906 | MPCR005906 | Summary of Payroll Taxes 9/1/02 | |
| 352 | MPCR005905 | MPCR005905 | EFTPS Payments | |
| 353 | MPCR005904 | MPCR005904 | Summary of Payroll Taxes 9/1/02 | |
| 354 | MPCR005919 | MPCR005919 | McGladrey & Pullen Memo 9/3/02 | |
| 355 | MPCR006010 | MPCR006012 | McGladrey & Pullen Letter 10/8/02 | |
| 356 | MPCR005003 | MPCR005003 | Email from Jim Moore 10/08/03 | |
| 357 | MPCR004813 | MPCR004813 | Letter from DeBoer IRS 1/6/04 | |
| 358 | MPCR004843 | MPCR004843 | Letter from WS Smith 4/14/04 | |
| 359 | MPCR002729 | MPCR002729 | Letter from DeBoer IRS 9/11/03 | |
| 360 | MPCR002610 | MPCR002611 | Memo, dated April 10, 2001, from S. Boyd to V. and L. Varner | |
| 361 | MPCR002625 | MPCR002625 | Form 2688 Request for extenstion for filing return for 1999 personal income taxes | |
| 362 | MPCR003784 | MPCR003784 | Form 2688 Request for extenstion for filing return for 2000 personal income taxes | |
| 363 | JULY-VARNER-06398 | JULY-VARNER-06398 | Form 7004 Request for extention for filing FY2000 corporate income tax return | |
| 364 | MPCR004553 | MPCR004553 | Form 7004 Request for extention for filing FY2001 corporate income tax return | |
| 365 | | | Summary Exhibit:  Income of Vernon Varner and Lynda Topp Varner as reported on federal income tax returns | |
| 366 | | | Summary Exhibit:  Payments made to credit card issuers March | |

| Defendant's Exhibit | Bates Start | Bates End | Description | Authenticity: Agree/Disagree |
|---|---|---|---|---|
| 367 | | | Summary Exhibit:  Payments to or for the benefit of Hayden Varner or Morgan Varner | |
| 368 | | | Summary Exhibit:  Expenditures on residence by Vernon Varner and Lynda Topp Varner | |
| 369 | | | Summary Exhibit:  Luxury expenditures by Vernon Varen and Lynda Topp Varner | |
| 370 | | | Summary Exhibit:  Payments made on account of Vernon Varner's 1998-2001 taxes | |