**United States Bankruptcy Court**
**for the Southern District of Iowa**

| | |
|---|---|
| In re:<br><br>Vernon Paul Varner and Lynda K. Topp Varner | Case No. 09-03857-lmj<br><br>Chapter 7 |
| Vernon Paul Varner and Lynda K. Topp Varner,<br><br>        Plaintiffs,<br><br>  v.<br><br>United States of America,<br><br>        Defendant. | Adv. Proc. No. 09-30121-lmj |

# United States' List of Witnesses and Exhibits

As required by the Court's April 22, 2011, Amended Notice of Trial Date and Order Regarding Trial, the United States identifies its witnesses and exhibits for trial in this action as follows:

| Witness | Expected areas of testimony |
|---|---|
| **Martha M. Hoffman**<br>Revenue Agent<br>Internal Revenue Service | • Dr. Varner's income as reported on his tax returns (**Exhibit 383**);<br>• Dr. Varner's payments to the IRS on account of his 1998-2001 income tax liability (**Exhibit 388**);<br>• Dr. Varner's requests for extensions of time to file his income tax returns; and<br>• Balance owing on Dr. Varner's 1998-2001 income taxes at various dates (**Exhibit 389**). |
| **Scott Bartles**<br>Owner<br>Bartles Construction | • Construction performed at Dr. Varner's house in 2002-2004. |

7042730.1

| Witness | Expected areas of testimony |
|---|---|
| **David Greene** <br> Paralegal <br> United States Department of Justice | - Explanation of summary exhibits on: <br>   - Dr. Varner's payments to credit card issuers (**Exhibit 384**) <br>   - Dr. Varner's transfers to sons (**Exhibit 385**) <br>   - Money spent on Dr. Varner's home addition (**Exhibit 386**); and <br>   - Dr. Varner's discretionary expenditures (**Exhibit 387**). |
| **Steven Boyd, CPA** <br> Director <br> McGladrey | - Boyd's services to Dr. Varner between 2001 and 2004; <br> - Boyd's difficulty in obtaining the information necessary to prepare outstanding personal and corporate returns for Dr. Varner; <br> - Dr. Varner's payment history with the McGladdrey firm; and <br> - Dr. Varner's knowledge of his outstanding income tax liability. |
| **Bob Rehfuss, CPA** <br> Owner <br> Bob Rehfuss, CPA, PLC | - Rehfuss's services to Dr. Varner between 2003 and 2005; <br> - Bookkeeping practices at Dr. Varner's office; and <br> - Rehfuss's reaction upon learning, in December 2005, that Dr. Varner had spent $50,000 on coins and collectibles while $46,000 in payroll taxes were outstanding. |
| **Jean Bott** | - Bott's experience as a bookkeeper for Dr. Varner's practice in 2005-06; and <br> - Dr. Varner's interference with Bott's efforts to bring order the practice's finances. |
| **Dr. Vernon Varner** <br> Plaintiff | |
| **Lynda Topp Varner** <br> Plaintiff | |

| |
|---|
| **Exhibits: See attached schedule** |

Dated:   June 27, 2011

                    Respectfully submitted,

                    /s/  Curtis J. Weidler
                    Trial Attorney, Tax Division
                    U.S. Department of Justice
                    Post Office Box 7238
                    Washington, D.C.  20044
                    Telephone: (202) 307-1436
                    Facsimile: (202) 514-6770
                    Email: curtis.j.weidler@usdoj.gov
                    Member of New York Bar


                    Attorney for United States of America

7042730.1

**Certificate of Service**

       I certify that on June 27, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System.  I also certify that I sent a copy of the foregoing to Dr. Vernon Varner and Lynda K. Topp Varner by FedEx overnight delivery to:

14 Brickwood Circle, Iowa City, IA  52240.

                                     /s/  Curtis J. Weidler
                                     Trial Attorney, Tax Division
                                     U.S. Department of Justice
                                     Post Office Box 7238
                                     Washington, D.C.  20044
                                     Telephone: (202) 307-1436
                                     Facsimile: (202) 514-6770
                                     Email: curtis.j.weidler@usdoj.gov
                                     Member of New York Bar