**United States Bankruptcy Court
for the Southern District of Iowa**

| | |
|---|---|
| In re: | |
| Vernon Paul Varner and Lynda K. Topp Varner | Case No. 09-03857-lmj |
| | Chapter 7 |
| Vernon Paul Varner and Lynda K. Topp Varner, | |
| Plaintiffs, | |
| v. | Adv. Proc. No. 09-30121-lmj |
| United States of America, | |
| Defendant. | |

# United States' Amended Exhibit List

On June 27, 2011, the United States filed its List of Witnesses and Exhibits. That filing attached a schedule listing Exhibits 1 – 395. The United States is amending its exhibit list to add Exhibits 396 – 423, which comprise a corporate tax return and IRS account transcripts for Dr. Varner's corporation for various periods. An amended exhibit list is attached.

Dated: June 30, 2011    Respectfully submitted,

/s/ Curtis J. Weidler
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 7238
Washington, D.C. 20044
Telephone: (202) 307-1436
Facsimile: (202) 514-6770
Email: curtis.j.weidler@usdoj.gov
Member of New York Bar

7065686.1

**Certificate of Service**

      I certify that on June 30, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System.  I also certify that I sent a copy of the foregoing to Dr. Vernon Varner and Lynda K. Topp Varner by FedEx overnight delivery to: 14 Brickwood Circle, Iowa City, IA  52240.

                /s/  Curtis J. Weidler
                Trial Attorney, Tax Division
                U.S. Department of Justice
                Post Office Box 7238
                Washington, D.C.  20044
                Telephone: (202) 307-1436
                Facsimile: (202) 514-6770
                Email: curtis.j.weidler@usdoj.gov
                Member of New York Bar

7065686.1