# Schedule of Defendant's Exhibits Amended 6/30/11

*Varner v. United States*
Adv. Proc No. 09-30121-LMJ-7

## Defendant's

| Exhibit | Description |
|---|---|
| 1 | n/a |
| 2 | Letter from M&P 4/10/01 |
| 3 | Statement of Accounts |
| 4 | File Level |
| 5 | Authorization Resolution |
| 6 | Bank Signatures |
| 7 | Bank Statements |
| 8 | Bank Statements |
| 9 | Bank Statements |
| 10 | Bank Statements |
| 11 | Bank Statements |
| 12 | Checks |
| 13 | Bank Statements |
| 14 | Bank Statements |
| 15 | Bank Statements |
| 16 | Bank Statements |
| 17 | Bank Statements |
| 18 | Checks |
| 19 | Bank Statements |
| 20 | Bank Statements |
| 21 | Bank Statements |
| 22 | Checks |
| 23 | Bank Statements |
| 24 | Checks |
| 25 | Bank Statements |
| 26 | Checks |
| 27 | Bank Statements |
| 28 | Checks |
| 29 | Bank Statements |
| 30 | Checks |
| 31 | Bank Statements |
| 32 | Checks |
| 33 | Bank Statements |
| 34 | Checks |
| 35 | Bank Statements |
| 36 | Checks |
| 37 | Bank Statements |

**Defendant's Exhibit** | **Description**

| Exhibit | Description |
|---------|-------------|
| 38 | Checks |
| 39 | Bank Statements |
| 40 | Checks |
| 41 | Bank Statements |
| 42 | Checks |
| 43 | Bank Statements |
| 44 | Checks |
| 45 | Bank Statements |
| 46 | Checks |
| 47 | Bank Statements |
| 48 | Checks |
| 49 | Bank Statements |
| 50 | Checks |
| 51 | Bank Statements |
| 52 | Checks |
| 53 | Bank Statements |
| 54 | Checks |
| 55 | Bank Statements |
| 56 | Checks |
| 57 | Bank Statements |
| 58 | Checks |
| 59 | Bank Statements |
| 60 | Checks |
| 61 | Bank Statements |
| 62 | Checks |
| 63 | Bank Statements |
| 64 | Checks |
| 65 | Bank Statements |
| 66 | Checks |
| 67 | Bank Statements |
| 68 | Checks |
| 69 | Bank Statements |
| 70 | Checks |
| 71 | Bank Statements |
| 72 | Checks |
| 73 | Bank Statements |
| 74 | Checks |
| 75 | Bank Statements |
| 76 | Checks |
| 77 | Bank Statements |
| 78 | Checks |
| 79 | Bank Statements |
| 80 | Checks |
| 81 | Bank Statements |

**Defendant's Exhibit** | **Description**

| Exhibit | Description |
|---|---|
| 82 | Checks |
| 83 | Bank Statements |
| 84 | Checks |
| 85 | Bank Statements |
| 86 | Checks |
| 87 | Bank Statements |
| 88 | Checks |
| 89 | Bank Statements |
| 90 | Checks |
| 91 | Bank Statements |
| 92 | Checks |
| 93 | Bank Statements |
| 94 | Checks |
| 95 | Bank Statements |
| 96 | Checks |
| 97 | Bank Statements |
| 98 | Checks |
| 99 | Bank Statements |
| 100 | Checks |
| 101 | Bank Statements |
| 102 | Checks |
| 103 | Bank Statements |
| 104 | Checks |
| 105 | Bank Statements |
| 106 | Checks |
| 107 | Bank Statements |
| 108 | Checks |
| 109 | Bank Statements |
| 110 | Checks |
| 111 | Bank Statements |
| 112 | Checks |
| 113 | Bank Statements |
| 114 | Checks |
| 115 | Bank Statements |
| 116 | Checks |
| 117 | Bank Statements |
| 118 | Checks |
| 119 | Bank Statements |
| 120 | Checks |
| 121 | Bank Statements |
| 122 | Email M. Billups 1/14/10 |
| 123 | Email M. Billups 110/30/09 |
| 124 | Notes |
| 125 | Loan List |

**Defendant's Exhibit** | **Description**

| Exhibit | Description |
|---|---|
| 126 | Letter SSS&S 12/7/05 |
| 127 | Email B. Rehfuss 3/30/05 |
| 128 | Email B. Rehfuss 12/8/05 |
| 129 | Email B. Rehfuss 12/8/05 |
| 130 | Letter SSS&S 12/6/05 |
| 131 | Email B. Rehfuss 4/11/06 |
| 132 | Notes |
| 133 | Bank Statements |
| 134 | Bank Statements |
| 135 | Bank Statements |
| 136 | Bank Statements |
| 137 | Bank Statements |
| 138 | Bank Statements |
| 139 | Bank Statements |
| 140 | Authorization Resolution |
| 141 | Authorization Resolution |
| 142 | Authorization Resolution |
| 143 | Bank Statements |
| 144 | Checks |
| 145 | Checks |
| 146 | Bank Statements |
| 147 | Checks |
| 148 | Loan Applications:  Aurora Loan Services |
| 149 | Checks |
| 150 | Checks |
| 151 | Checks |
| 152 | Checks |
| 153 | Checks |
| 154 | Checks |
| 155 | Checks |
| 156 | Checks |
| 157 | Checks |
| 158 | Checks |
| 159 | Checks |
| 160 | Checks |
| 161 | Checks |
| 162 | Checks |
| 163 | Checks |
| 164 | Checks |
| 165 | Checks |
| 166 | Checks |
| 167 | Checks |
| 168 | Checks |
| 169 | Checks |

**Defendant's Exhibit** | **Description**

| Exhibit | Description |
|---|---|
| 170 | Checks |
| 171 | Checks |
| 172 | Checks |
| 173 | Checks |
| 174 | Checks |
| 175 | Checks |
| 176 | Checks |
| 177 | Checks |
| 178 | Checks |
| 179 | Checks |
| 180 | Checks |
| 181 | Checks |
| 182 | Checks |
| 183 | Checks |
| 184 | Checks |
| 185 | Bank Statements |
| 186 | Bank Statements |
| 187 | Bank Statements |
| 188 | Loan Information |
| 189 | Budget Information |
| 190 | Response |
| 191 | Outline of Events |
| 192 | Letter M&P 7/3/03 |
| 193 | Income Report |
| 194 | Letter R. Mountsier 2/16/05 |
| 195 | Register |
| 196 | Register |
| 197 | Register |
| 198 | Register |
| 199 | Register |
| 200 | Register |
| 201 | Register |
| 202 | Register |
| 203 | Register |
| 204 | Register |
| 205 | Register |
| 206 | Register |
| 207 | Register |
| 208 | Register |
| 209 | Bank Signatures |
| 210 | Bank Statements |
| 211 | Bank Statements |
| 212 | Bank Statements |
| 213 | Bank Statements |

**Defendant's**

| Exhibit | Description |
|---|---|
| 214 | Credit Application:  Iowa State Bank & Trust |
| 215 | Checks |
| 216 | Email J. Wanek 4/2/10 |
| 217 | Additional Expenses |
| 218 | cancelled check |
| 219 | cancelled check |
| 220 | cancelled check |
| 221 | cancelled check |
| 222 | cancelled check |
| 223 | cancelled check |
| 224 | cancelled check |
| 225 | cancelled check |
| 226 | cancelled check |
| 227 | cancelled check |
| 228 | cancelled check |
| 229 | cancelled check |
| 230 | cancelled check |
| 231 | cancelled check |
| 232 | cancelled check |
| 233 | cancelled check |
| 234 | cancelled check |
| 235 | cancelled check |
| 236 | cancelled check |
| 237 | cancelled check |
| 238 | cancelled check |
| 239 | cancelled check |
| 240 | cancelled check |
| 241 | cancelled check |
| 242 | cancelled check |
| 243 | cancelled check |
| 244 | cancelled check |
| 245 | cancelled check |
| 246 | cancelled check |
| 247 | cancelled check |
| 248 | cancelled check |
| 249 | cancelled check |
| 250 | cancelled check |
| 251 | cancelled check |
| 252 | cancelled check |
| 253 | cancelled check |
| 254 | cancelled check |
| 255 | cancelled check |
| 256 | cancelled check |
| 257 | cancelled check |

**Defendant's Exhibit** | **Description**
---|---
258 | cancelled check
259 | cancelled check
260 | cancelled check
261 | cancelled check
262 | cancelled check
263 | cancelled check
264 | cancelled check
265 | cancelled check
266 | cancelled check
267 | cancelled check
268 | cancelled check
269 | cancelled check
270 | cancelled check
271 | cancelled check
272 | cancelled check
273 | cancelled check
274 | cancelled check
275 | cancelled check
276 | cancelled check
277 | cancelled check
278 | cancelled check
279 | cancelled check
280 | cancelled check
281 | cancelled check
282 | cancelled check
283 | cancelled check
284 | cancelled check
285 | cancelled check
286 | cancelled check
287 | cancelled check
288 | cancelled check
289 | cancelled check
290 | cancelled check
291 | cancelled check
292 | cancelled check
293 | cancelled check
294 | cancelled check
295 | cancelled check
296 | cancelled check
297 | cancelled check
298 | cancelled check
299 | cancelled check
300 | cancelled check
301 | cancelled check

**Defendant's**

| Exhibit | Description |
|---------|-------------|
| 302 | cancelled check |
| 303 | cancelled check |
| 304 | cancelled check |
| 305 | cancelled check |
| 306 | cancelled check |
| 307 | cancelled check |
| 308 | cancelled check |
| 309 | cancelled check |
| 310 | cancelled check |
| 311 | cancelled check |
| 312 | cancelled check |
| 313 | Transcript of Account for Vernon Varner - 1998 |
| 314 | Transcript of Account for Vernon Varner - 1999 |
| 315 | Transcript of Account for Vernon Varner - 2000 |
| 316 | Transcript of Account for Vernon Varner - 2001 |
| 317 | Transcript of Account for Vernon Varner - 2002 |
| 318 | Transcript of Account for Vernon Varner - 2003 |
| 319 | Transcript of Account for Vernon Varner - 2004 |
| 320 | Transcript of Account for Vernon Varner - 2005 |
| 321 | Transcript of Account for Vernon Varner - 2006 |
| 322 | Transcript of Account for Vernon Varner - 2007 |
| 323 | Transcript of Account for Vernon Varner - 2008 and 2009 |
| 324 | Transcript of Account for Lynda Topp Varner - 2000 |
| 325 | Transcript of Account for Lynda Topp Varner - 2001 |
| 326 | Transcript of Account for Lynda Topp Varner - 2002 |
| 327 | Transcript of Account for Lynda Topp Varner - 2003 |
| 328 | Transcript of Account for Lynda Topp Varner - 2004 |
| 329 | Transcript of Account for Lynda Topp Varner - 2005 |
| 330 | Transcript of Account for Lynda Topp Varner - 2006 |
| 331 | Transcript of Account for Lynda Topp Varner - 2007 |
| 332 | Transcript of Account for Lynda Topp Varner - 2008, 2009, and 2010 |
| 333 | McGladrey & Pullen Memo 4/10/01 |
| 334 | McGladrey & Pullen Memo 4/15/02 |
| 335 | McGladrey & Pullen Letter 4/15/02 |
| 336 | McGladrey & Pullen Letter 4/23/02 |
| 337 | McGladrey & Pullen Memo 4/26/02 |
| 338 | McGladrey & Pullen Memo 5/10/02 |
| 339 | McGladrey & Pullen Memo 2/3/03 |
| 340 | Email from Steve Boyd 3/26/03 |
| 341 | Email from Steve Boyd 5/27/03 |
| 342 | Email from Steve Boyd 8/18/03 |
| 343 | Letter from Steve Boyd 5/24/03 |
| 344 | Letter from St. Paul to Boyd 7/2/02 |

**Defendant's
Exhibit** | **Description**
---|---
345 | General Ledger
346 | Letter from St. Paul to Boyd 11/18/02
347 | Letter from St. Paul to Boyd 1/29/03
348 | Letter from St. Paul to Boyd 3/5/03
349 | Fax Sheet St. Paul
350 | McGladrey & Pullen Memo 1/8/03
351 | Summary of Payroll Taxes 9/1/02
352 | EFTPS Payments
353 | Summary of Payroll Taxes 9/1/02
354 | McGladrey & Pullen Memo 9/3/02
355 | McGladrey & Pullen Letter 10/8/02
356 | Email from Jim Moore 10/08/03
357 | Letter from DeBoer IRS 1/6/04
358 | Letter from WS Smith 4/14/04
359 | Letter from DeBoer IRS 9/11/03
360 | Memo, dated April 10, 2001, from S. Boyd to V. and L. Varner
361 | Form 2688 Request for extension for filing return for 1999 personal income taxes
362 | Form 2688 Request for extension for filing return for 2000 personal income taxes
363 | Form 7004 Request for extension for filing FY2000 corporate income tax return
364 | Form 7004 Request for extension for filing FY2001 corporate income tax return
365 | 1998 Form 1040 - Vernon Varner
366 | 1999 Form 1040 - Vernon Varner
367 | 2000 Form 1040X - Vernon Varner
368 | 2001 Form 1040X - Vernon Varner
369 | 2002 Form 1040X - Vernon Varner and Lynda Topp Varner
370 | 2003 Form 1040 - Vernon Varner and Lynda Topp Varner
371 | 2004 Form 1040 - Vernon Varner and Lynda Topp Varner
372 | 2005 Form 1040 - Vernon Varner and Lynda Topp Varner
373 | 2006 Form 1040 - Vernon Varner
374 | 2007 Form 1040 - Vernon Varner
375 | 2008 Form 1040 - Vernon Varner
376 | 2009 Form 1040 - Vernon Varner
377 | 2006 Form 1040 - Lynda Topp Varner
378 | 2007 Form 1040 - Lynda Topp Varner
379 | 2000 IRS IRPTRN for Lynda Topp Varner
380 | 2001 IRS IRPTRN for Lynda Topp Varner
381 | 1997 Form 1120 For Vernon Varner MD JD PC

**Defendant's Exhibit** | **Description**
---|---
382 | 1998 Form 1120 For Vernon Varner MD JD PC
383 | **Summary Exhibit:** Income of Vernon Varner and Lynda Topp Varner as reported on federal income tax returns
384 | **Summary Exhibit:** Payments made to credit card issuers
385 | **Summary Exhibit:** Transfers to or for the benefit of Dr. Varner's family members
386 | **Summary Exhibit:** Expenditures on residence by Vernon Varner and Lynda Topp Varner
387 | Summary Exhibit:  Luxury expenditures by Vernon Varner and Lynda Topp Varner
388 | **Summary Exhibit:** Payments made on account of Vernon Varner's 1998-2001 income taxes
389 | **Summary Exhibit:** Balance of Vernon Varner's past-due tax liability as of various dates
390 | Voluntary Petition and Schedules for Vernon Varner and Lynda K. Topp Varner
391 | Amended Schedule B
392 | Email dated Mar. 4, 2003, from L.K. Topp Varner to J. Moore and S. Boyd re "Name on Deed"
393 | Quit Claim Deed dated Aug. 19, 2002
394 | Warranty Deed dated November 30, 1999
395 | **Demonstrative Exhibit:** Dr. Varner's Tax Liability and Expenditures
396 | IRS Account transcript 1998 for Vernon P. Varner MD JD PC (Form 1120)
397 | US Corporate Income Tax 1998 Form 1120 - for Vernon P. Varner MD JD PC
398 | IRS Account transcript 1999 -- Vernon P. Varner MD JD PC (Form 1120)
399 | IRS Account transcript 2000 -- Vernon P. Varner MD JD PC (Form 1120)
400 | IRS Account transcript 2001 -- Vernon P. Varner MD JD PC (Form 1120)
401 | IRS Account transcript 2002 -- Vernon P. Varner MD JD PC (Form 1120)
402 | IRS Account transcript 2003 -- Vernon P. Varner MD JD PC (Form 1120)
403 | IRS Account transcript 2004 -- Vernon P. Varner MD JD PC (Form 1120)
404 | IRS Account transcript 2005 -- Vernon P. Varner MD JD PC (Form 1120)
405 | IRS Account transcript 2006 -- Vernon P. Varner MD JD PC (Form 1120)

**Defendant's Exhibit** | **Description**
---|---
406 | IRS Account transcript 2007 -- Vernon P. Varner MD JD PC (Form 1120)
407 | IRS Account transcript 2008 -- Vernon P. Varner MD JD PC (Form 1120)
408 | IRS Account transcript 2009 -- Vernon P. Varner MD JD PC (Form 1120)
409 | IRS Account Transcript - Vernon P. Varner MD JD PC (Form 941) for Tax Period: 6/30/98
410 | IRS Account Transcript - Vernon P. Varner MD JD PC (Form 941) for Tax Period: 9/30/98
411 | IRS Account Transcript - Vernon P. Varner MD JD PC (Form 941) for Tax Period: 12/31/98
412 | IRS Account Transcript - Vernon P. Varner MD JD PC (Form 941) for Tax Period: 3/31/99
413 | IRS Account Transcript - Vernon P. Varner MD JD PC (Form 941) for Tax Period: 6/30/99
414 | IRS Account Transcript - Vernon P. Varner MD JD PC (Form 941) for Tax Period: 12/31/99
415 | IRS Account Transcript - Vernon P. Varner MD JD PC (Form 941) for Tax Period: 3/31/00
416 | IRS Account Transcript - Vernon P. Varner MD JD PC (Form 941) for Tax Period: 6/30/00
417 | IRS Account Transcript - Vernon P. Varner MD JD PC (Form 941) for Tax Period: 9/30/00
418 | IRS Account Transcript - Vernon P. Varner MD JD PC (Form 941) for Tax Period: 12/31/00
419 | IRS Account Transcript - Vernon P. Varner MD JD PC (Form 941) for Tax Period: 3/31/01
420 | IRS Account Transcript - Vernon P. Varner MD JD PC (Form 941) for Tax Period: 6/30/01
421 | IRS Account Transcript - Vernon P. Varner MD JD PC (Form 941) for Tax Period: 9/30/01
422 | IRS Account Transcript - Vernon P. Varner MD JD PC (Form 941) for Tax Period: 12/31/01
423 | IRS Account Transcript - Vernon P. Varner MD JD PC (Form 941) for Tax Period: 3/31/02