Dennis Visser
2624 Bluffwood Circle
Iowa City, IA
52245-3513

Karen Visser
2624 Bluffwood Circle
Iowa City, IA
52245-3513

Robert Schlegal
112 South Avenue B
PO Box 929
Washington, IA
52353-0929
319-653-2147

Linda K. Hobart
13 Arbandy Drive
Iowa City, IA
52240-3006

Steven K. Boyd
388 Lesley Lane NE
Cedar Rapids, IA
52402-1886

Mary J. Noel
205 Ridgeview Ave.
Iowa City, IA
52246-1625
319-354-9277

Gail Meye
Northwestern Mutual
720 East Wisconsin Avenue
Milwaukee, WI
53202
414-271-1444

William Graham
Graham, Ervanian & Cacciatore LLP
317 6th Avenue, Suite 900
Des Moines, IA
50309
515-244-9400

09-30121-lmj

RCIASB 06/30/11 16:32

RCIASB 06/30/11 16:39

Ronald L. Mountsier
Schneider, Stiles, Serangeli & Mountseir, PC
The Equitable Building
604 Locust St.
Suite 1000
Des Moines, IA
50309
515-245-6789

Peter K. Li
Internal Revenue Service
425 Second St. SE
Cedar Rapids, IA
52401
319-364-5327

James Moore
McGladrey & Pullen LLP
221 3rd Avenue SE
Cedar Rapids, IA
52401
319-366-2791

Sylvia Prince
Northwestern Mutual
720 East Wisconsin Avenue
Milwaukee, WI
53202
414-271-1444

Carlton Johnson
A W Insurance Group
24 Westside Drive
Iowa City, IA
52246-4374
319-887-3700

Pamela K. Hupe
C & B Tax Consulting Services
2050 Sky View Drive
Marion, IA
52302-9312
319-377-2335

RCIASB 06/30/11 16:38

RCIASB 06/30/11 16:_ _