# United States Bankruptcy Court
## for the Southern District of Iowa

| | |
|---|---|
| In re:<br><br>Vernon Paul Varner and Lynda K. Topp Varner<br><br>―――――――――――――――――<br><br>Vernon Paul Varner and Lynda K. Topp Varner,<br><br>        Plaintiffs,<br><br>    v.<br><br>United States of America,<br><br>        Defendant. | Case No. 09-03857-lmj<br><br>Chapter 7<br><br><br><br>Adv. Proc. No. 09-30121-lmj |

## United States' Second Amended Exhibit List

The United States is amending its exhibit list to add Exhibits 424 and 425, which summarize IRS account transcripts that show employment-tax payments made by Vernon Varner MD JD PC. An amended exhibit list is attached.

Dated:  July 1, 2011          Respectfully submitted,

                  /s/  Curtis J. Weidler
                  Trial Attorney, Tax Division
                  U.S. Department of Justice
                  Post Office Box 7238
                  Washington, D.C.  20044
                  Telephone: (202) 307-1436
                  Facsimile: (202) 514-6770
                  Email: curtis.j.weidler@usdoj.gov
                  Member of New York Bar

7070804.1

**Certificate of Service**

  I certify that on July 1, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System. I also certify that I sent a copy of the foregoing to Dr. Vernon Varner and Lynda K. Topp Varner by FedEx overnight delivery to:

14 Brickwood Circle, Iowa City, IA 52240.

         /s/ Curtis J. Weidler
         Trial Attorney, Tax Division
         U.S. Department of Justice
         Post Office Box 7238
         Washington, D.C. 20044
         Telephone: (202) 307-1436
         Facsimile: (202) 514-6770
         Email: curtis.j.weidler@usdoj.gov
         Member of New York Bar

7070804.1