# Schedule of Defendant's Exhibits
# Amended 7/01/11

*Varner v. United States*
Adv. Proc No. 09-30121-LMJ-7

## Defendant's

| Exhibit | Bates Start | Bates End | Description |
|---|---|---|---|
| 1 | n/a | n/a | n/a |
| 2 | MPCR002610 | MPCR002611 | Letter from M&P 4/10/01 |
| 3 | MPCR005184 | MPCR005185 | Statement of Accounts |
| 4 | TRAVELERS00006 | TRAVELERS00023 | File Level |
| 5 | VARNER06059 | VARNER06060 | Authorization Resolution |
| 6 | VARNER06237 | VARNER06237 | Bank Signatures |
| 7 | VARNER19505 | VARNER19506 | Bank Statements |
| 8 | VARNER19507 | VARNER19509 | Bank Statements |
| 9 | VARNER19517 | VARNER19519 | Bank Statements |
| 10 | VARNER19520 | VARNER19523 | Bank Statements |
| 11 | VARNER19534 | VARNER19536 | Bank Statements |
| 12 | VARNER19545 | VARNER19545 | Checks |
| 13 | VARNER19549 | VARNER19551 | Bank Statements |
| 14 | VARNER19554 | VARNER19555 | Bank Statements |
| 15 | VARNER19569 | VARNER19697 | Bank Statements |
| 16 | VARNER19698 | VARNER19739 | Bank Statements |
| 17 | VARNER19776 | VARNER19777 | Bank Statements |
| 18 | VARNER19778 | VARNER19793 | Checks |
| 19 | VARNER19794 | VARNER19796 | Bank Statements |
| 20 | VARNER19797 | VARNER19810 | Bank Statements |
| 21 | VARNER19811 | VARNER19813 | Bank Statements |
| 22 | VARNER19814 | VARNER19826 | Checks |
| 23 | VARNER19827 | VARNER19829 | Bank Statements |
| 24 | VARNER19830 | VARNER19844 | Checks |
| 25 | VARNER19845 | VARNER19847 | Bank Statements |
| 26 | VARNER19848 | VARNER19875 | Checks |
| 27 | VARNER19876 | VARNER19878 | Bank Statements |
| 28 | VARNER19879 | VARNER19905 | Checks |
| 29 | VARNER19906 | VARNER19908 | Bank Statements |
| 30 | VARNER19909 | VARNER19918 | Checks |
| 31 | VARNER19919 | VARNER19921 | Bank Statements |
| 32 | VARNER19922 | VARNER19937 | Checks |
| 33 | VARNER19938 | VARNER19940 | Bank Statements |
| 34 | VARNER19941 | VARNER19960 | Checks |
| 35 | VARNER19961 | VARNER19963 | Bank Statements |
| 36 | VARNER19964 | VARNER19992 | Checks |
| 37 | VARNER19993 | VARNER19996 | Bank Statements |

**Defendant's**

| Exhibit | Bates Start | Bates End | Description |
|---|---|---|---|
| 38 | VARNER19997 | VARNER20014 | Checks |
| 39 | VARNER20015 | VARNER20017 | Bank Statements |
| 40 | VARNER20018 | VARNER20037 | Checks |
| 41 | VARNER20044 | VARNER20046 | Bank Statements |
| 42 | VARNER20047 | VARNER20053 | Checks |
| 43 | VARNER20054 | VARNER20056 | Bank Statements |
| 44 | VARNER20057 | VARNER20067 | Checks |
| 45 | VARNER20068 | VARNER20070 | Bank Statements |
| 46 | VARNER20071 | VARNER20093 | Checks |
| 47 | VARNER20094 | VARNER20096 | Bank Statements |
| 48 | VARNER20097 | VARNER20112 | Checks |
| 49 | VARNER20113 | VARNER20115 | Bank Statements |
| 50 | VARNER20116 | VARNER20129 | Checks |
| 51 | VARNER20130 | VARNER20132 | Bank Statements |
| 52 | VARNER20133 | VARNER20143 | Checks |
| 53 | VARNER20144 | VARNER20146 | Bank Statements |
| 54 | VARNER20147 | VARNER20165 | Checks |
| 55 | VARNER20166 | VARNER20168 | Bank Statements |
| 56 | VARNER20169 | VARNER20189 | Checks |
| 57 | VARNER20190 | VARNER20193 | Bank Statements |
| 58 | VARNER20194 | VARNER20216 | Checks |
| 59 | VARNER20217 | VARNER20219 | Bank Statements |
| 60 | VARNER20220 | VARNER20239 | Checks |
| 61 | VARNER20240 | VARNER20242 | Bank Statements |
| 62 | VARNER20243 | VARNER20262 | Checks |
| 63 | VARNER20263 | VARNER20266 | Bank Statements |
| 64 | VARNER20267 | VARNER20293 | Checks |
| 65 | VARNER20294 | VARNER20296 | Bank Statements |
| 66 | VARNER20297 | VARNER20306 | Checks |
| 67 | VARNER20307 | VARNER20309 | Bank Statements |
| 68 | VARNER20310 | VARNER20339 | Checks |
| 69 | VARNER20340 | VARNER20343 | Bank Statements |
| 70 | VARNER20344 | VARNER20374 | Checks |
| 71 | VARNER20375 | VARNER20378 | Bank Statements |
| 72 | VARNER20379 | VARNER20381 | Checks |
| 73 | VARNER20382 | VARNER20384 | Bank Statements |
| 74 | VARNER20385 | VARNER20399 | Checks |
| 75 | VARNER20400 | VARNER20404 | Bank Statements |
| 76 | VARNER20405 | VARNER20422 | Checks |
| 77 | VARNER20423 | VARNER20425 | Bank Statements |
| 78 | VARNER20426 | VARNER20449 | Checks |
| 79 | VARNER20450 | VARNER20453 | Bank Statements |
| 80 | VARNER20454 | VARNER20464 | Checks |
| 81 | VARNER20465 | VARNER20467 | Bank Statements |

**Defendant's**

| Exhibit | Bates Start | Bates End | Description |
|---|---|---|---|
| 82 | VARNER20468 | VARNER20479 | Checks |
| 83 | VARNER20480 | VARNER20482 | Bank Statements |
| 84 | VARNER20483 | VARNER20493 | Checks |
| 85 | VARNER20494 | VARNER20498 | Bank Statements |
| 86 | VARNER20499 | VARNER20510 | Checks |
| 87 | VARNER20511 | VARNER20513 | Bank Statements |
| 88 | VARNER20514 | VARNER20534 | Checks |
| 89 | VARNER20535 | VARNER20537 | Bank Statements |
| 90 | VARNER20538 | VARNER20558 | Checks |
| 91 | VARNER20559 | VARNER20562 | Bank Statements |
| 92 | VARNER20563 | VARNER20578 | Checks |
| 93 | VARNER20579 | VARNER20581 | Bank Statements |
| 94 | VARNER20582 | VARNER20593 | Checks |
| 95 | VARNER20594 | VARNER20596 | Bank Statements |
| 96 | VARNER20597 | VARNER20605 | Checks |
| 97 | VARNER20606 | VARNER20609 | Bank Statements |
| 98 | VARNER20610 | VARNER20624 | Checks |
| 99 | VARNER20625 | VARNER20629 | Bank Statements |
| 100 | VARNER20630 | VARNER20649 | Checks |
| 101 | VARNER20650 | VARNER20654 | Bank Statements |
| 102 | VARNER20655 | VARNER20676 | Checks |
| 103 | VARNER20677 | VARNER20681 | Bank Statements |
| 104 | VARNER20682 | VARNER20710 | Checks |
| 105 | VARNER20711 | VARNER20715 | Bank Statements |
| 106 | VARNER20716 | VARNER20746 | Checks |
| 107 | VARNER20747 | VARNER20751 | Bank Statements |
| 108 | VARNER20752 | VARNER20762 | Checks |
| 109 | VARNER20763 | VARNER20767 | Bank Statements |
| 110 | VARNER20768 | VARNER20789 | Checks |
| 111 | VARNER20790 | VARNER20794 | Bank Statements |
| 112 | VARNER20795 | VARNER20807 | Checks |
| 113 | VARNER20808 | VARNER20811 | Bank Statements |
| 114 | VARNER20812 | VARNER20819 | Checks |
| 115 | VARNER20820 | VARNER20823 | Bank Statements |
| 116 | VARNER20824 | VARNER20831 | Checks |
| 117 | VARNER20832 | VARNER20834 | Bank Statements |
| 118 | VARNER20835 | VARNER20840 | Checks |
| 119 | VARNER20841 | VARNER20844 | Bank Statements |
| 120 | VARNER20845 | VARNER20850 | Checks |
| 121 | VARNER20851 | VARNER20854 | Bank Statements |
| 122 | VARNER20938 | VARNER20938 | Email M. Billups 1/14/10 |
| 123 | VARNER20944 | VARNER20946 | Email M. Billups 110/30/09 |
| 124 | VARNER20967 | VARNER20967 | Notes |
| 125 | VARNER20968 | VARNER20978 | Loan List |

**Defendant's**

| Exhibit | Bates Start | Bates End | Description |
|---|---|---|---|
| 126 | VARNER20980 | VARNER20980 | Letter SSS&S 12/7/05 |
| 127 | VARNER21016 | VARNER21016 | Email B. Rehfuss 3/30/05 |
| 128 | VARNER21017 | VARNER21017 | Email B. Rehfuss 12/8/05 |
| 129 | VARNER21018 | VARNER21019 | Email B. Rehfuss 12/8/05 |
| 130 | VARNER21020 | VARNER21022 | Letter SSS&S 12/6/05 |
| 131 | VARNER21023 | VARNER21024 | Email B. Rehfuss 4/11/06 |
| 132 | VARNER21029 | VARNER21029 | Notes |
| 133 | VARNER21225 | VARNER21295 | Bank Statements |
| 134 | VARNER21300 | VARNER21415 | Bank Statements |
| 135 | VARNER21418 | VARNER21641 | Bank Statements |
| 136 | VARNER21649 | VARNER21698 | Bank Statements |
| 137 | VARNER21699 | VARNER21711 | Bank Statements |
| 138 | VARNER21712 | VARNER21720 | Bank Statements |
| 139 | VARNER21728 | VARNER21844 | Bank Statements |
| 140 | VARNER21915 | VARNER21917 | Authorization Resolution |
| 141 | VARNER21918 | VARNER21922 | Authorization Resolution |
| 142 | VARNER21927 | VARNER21928 | Authorization Resolution |
| 143 | VARNER21956 | VARNER21967 | Bank Statements |
| 144 | VARNER21984 | VARNER21984 | Checks |
| 145 | VARNER22000 | VARNER22000 | Checks |
| 146 | VARNER22022 | VARNER22041 | Bank Statements |
| 147 | VARNER22042 | VARNER22115 | Checks |
| 148 | VARNER22122 | VARNER22151 | Loan Applications: Aurora Loan Services |
| 149 | VARNER22194 | VARNER22201 | Checks |
| 150 | VARNER22202 | VARNER22209 | Checks |
| 151 | VARNER22210 | VARNER22220 | Checks |
| 152 | VARNER22221 | VARNER22225 | Checks |
| 153 | VARNER22226 | VARNER22231 | Checks |
| 154 | VARNER22232 | VARNER22235 | Checks |
| 155 | VARNER22236 | VARNER22240 | Checks |
| 156 | VARNER22241 | VARNER22247 | Checks |
| 157 | VARNER22248 | VARNER22249 | Checks |
| 158 | VARNER22250 | VARNER22258 | Checks |
| 159 | VARNER22259 | VARNER22263 | Checks |
| 160 | VARNER22264 | VARNER22268 | Checks |
| 161 | VARNER22269 | VARNER22275 | Checks |
| 162 | VARNER22276 | VARNER22282 | Checks |
| 163 | VARNER22283 | VARNER22284 | Checks |
| 164 | VARNER22285 | VARNER22289 | Checks |
| 165 | VARNER22290 | VARNER22294 | Checks |
| 166 | VARNER22295 | VARNER22295 | Checks |
| 167 | VARNER22296 | VARNER22300 | Checks |
| 168 | VARNER22301 | VARNER22308 | Checks |

**Defendant's**

| Exhibit | Bates Start | Bates End | Description |
| --- | --- | --- | --- |
| 169 | VARNER22309 | VARNER22311 | Checks |
| 170 | VARNER22312 | VARNER22316 | Checks |
| 171 | VARNER22317 | VARNER22321 | Checks |
| 172 | VARNER22322 | VARNER22323 | Checks |
| 173 | VARNER22324 | VARNER22330 | Checks |
| 174 | VARNER22331 | VARNER22337 | Checks |
| 175 | VARNER22338 | VARNER22339 | Checks |
| 176 | VARNER22340 | VARNER22347 | Checks |
| 177 | VARNER22348 | VARNER22355 | Checks |
| 178 | VARNER22356 | VARNER22364 | Checks |
| 179 | VARNER22365 | VARNER22370 | Checks |
| 180 | VARNER22371 | VARNER22376 | Checks |
| 181 | VARNER22377 | VARNER22382 | Checks |
| 182 | VARNER22383 | VARNER22391 | Checks |
| 183 | VARNER22392 | VARNER22398 | Checks |
| 184 | VARNER22399 | VARNER22405 | Checks |
| 185 | VARNER22406 | VARNER22485 | Bank Statements |
| 186 | VARNER22486 | VARNER22522 | Bank Statements |
| 187 | VARNER22523 | VARNER22544 | Bank Statements |
| 188 | VARNER22545 | VARNER22545 | Loan Information |
| 189 | VARNER22766 | VARNER22767 | Budget Information |
| 190 | VARNER22812 | VARNER22817 | Response |
| 191 | VARNER22818 | VARNER22821 | Outline of Events |
| 192 | VARNER22825 | VARNER22826 | Letter M&P 7/3/03 |
| 193 | VARNER22927 | VARNER22927 | Income Report |
| 194 | VARNER22942 | VARNER22943 | Letter R. Mountsier 2/16/05 |
| 195 | VARNER22955 | VARNER22979 | Register |
| 196 | VARNER23000 | VARNER23017 | Register |
| 197 | VARNER23018 | VARNER23035 | Register |
| 198 | VARNER23036 | VARNER23092 | Register |
| 199 | VARNER23093 | VARNER23114 | Register |
| 200 | VARNER23115 | VARNER23136 | Register |
| 201 | VARNER23137 | VARNER23160 | Register |
| 202 | VARNER23161 | VARNER23184 | Register |
| 203 | VARNER23185 | VARNER23203 | Register |
| 204 | VARNER23204 | VARNER23216 | Register |
| 205 | VARNER23217 | VARNER23226 | Register |
| 206 | VARNER23227 | VARNER23234 | Register |
| 207 | VARNER23235 | VARNER23405 | Register |
| 208 | VARNER23406 | VARNER23430 | Register |
| 209 | VARNER23440 | VARNER23442 | Bank Signatures |
| 210 | VARNER23443 | VARNER23454 | Bank Statements |
| 211 | VARNER23455 | VARNER23491 | Bank Statements |
| 212 | VARNER23492 | VARNER23528 | Bank Statements |

**Defendant's**

| Exhibit | Bates Start | Bates End | Description |
|---|---|---|---|
| 213 | VARNER23691 | VARNER23700 | Bank Statements |
| 214 | VARNER23701 | VARNER23707 | Credit Application:  Iowa State Bank & Trust |
| 215 | VARNER23712 | VARNER23727 | Checks |
| 216 | VARNER23728 | VARNER23728 | Email J. Wanek 4/2/10 |
| 217 | VARNER23729 | VARNER23731 | Additional Expenses |
| 218 | VARNER23737 | Same | cancelled check |
| 219 | VARNER23739 | Same | cancelled check |
| 220 | VARNER23743 | Same | cancelled check |
| 221 | VARNER23745 | Same | cancelled check |
| 222 | VARNER23750 | Same | cancelled check |
| 223 | VARNER23751 | Same | cancelled check |
| 224 | VARNER23758 | Same | cancelled check |
| 225 | VARNER23766 | Same | cancelled check |
| 226 | VARNER23771 | Same | cancelled check |
| 227 | VARNER23773 | Same | cancelled check |
| 228 | VARNER23778 | Same | cancelled check |
| 229 | VARNER23780 | Same | cancelled check |
| 230 | VARNER23782 | Same | cancelled check |
| 231 | VARNER23784 | Same | cancelled check |
| 232 | VARNER23787 | Same | cancelled check |
| 233 | VARNER23790 | Same | cancelled check |
| 234 | VARNER23796 | Same | cancelled check |
| 235 | VARNER23797 | Same | cancelled check |
| 236 | VARNER23799 | Same | cancelled check |
| 237 | VARNER23803 | Same | cancelled check |
| 238 | VARNER23809 | Same | cancelled check |
| 239 | VARNER23810 | Same | cancelled check |
| 240 | VARNER23814 | Same | cancelled check |
| 241 | VARNER23818 | Same | cancelled check |
| 242 | VARNER23822 | Same | cancelled check |
| 243 | VARNER23826 | Same | cancelled check |
| 244 | VARNER23829 | Same | cancelled check |
| 245 | VARNER23830 | Same | cancelled check |
| 246 | VARNER23831 | Same | cancelled check |
| 247 | VARNER23833 | Same | cancelled check |
| 248 | VARNER23834 | Same | cancelled check |
| 249 | VARNER23835 | Same | cancelled check |
| 250 | VARNER23836 | Same | cancelled check |
| 251 | VARNER23839 | Same | cancelled check |
| 252 | VARNER23840 | Same | cancelled check |
| 253 | VARNER23841 | Same | cancelled check |
| 254 | VARNER23848 | Same | cancelled check |
| 255 | VARNER23862 | Same | cancelled check |

**Defendant's**

| Exhibit | Bates Start | Bates End | Description |
|---|---|---|---|
| 256 | VARNER23864 | Same | cancelled check |
| 257 | VARNER23865 | Same | cancelled check |
| 258 | VARNER23866 | Same | cancelled check |
| 259 | VARNER23869 | Same | cancelled check |
| 260 | VARNER23870 | Same | cancelled check |
| 261 | VARNER23871 | Same | cancelled check |
| 262 | VARNER23872 | Same | cancelled check |
| 263 | VARNER23873 | Same | cancelled check |
| 264 | VARNER23875 | Same | cancelled check |
| 265 | VARNER23876 | Same | cancelled check |
| 266 | VARNER23877 | Same | cancelled check |
| 267 | VARNER23878 | Same | cancelled check |
| 268 | VARNER23883 | Same | cancelled check |
| 269 | VARNER23886 | Same | cancelled check |
| 270 | VARNER23887 | Same | cancelled check |
| 271 | VARNER23891 | Same | cancelled check |
| 272 | VARNER23892 | Same | cancelled check |
| 273 | VARNER23893 | Same | cancelled check |
| 274 | VARNER23894 | Same | cancelled check |
| 275 | VARNER23895 | Same | cancelled check |
| 276 | VARNER23896 | Same | cancelled check |
| 277 | VARNER23897 | Same | cancelled check |
| 278 | VARNER23898 | Same | cancelled check |
| 279 | VARNER23899 | Same | cancelled check |
| 280 | VARNER23903 | Same | cancelled check |
| 281 | VARNER23906 | Same | cancelled check |
| 282 | VARNER23907 | Same | cancelled check |
| 283 | VARNER23909 | Same | cancelled check |
| 284 | VARNER23912 | Same | cancelled check |
| 285 | VARNER23913 | Same | cancelled check |
| 286 | VARNER23915 | Same | cancelled check |
| 287 | VARNER23917 | Same | cancelled check |
| 288 | VARNER23918 | Same | cancelled check |
| 289 | VARNER23920 | Same | cancelled check |
| 290 | VARNER23922 | Same | cancelled check |
| 291 | VARNER23924 | Same | cancelled check |
| 292 | VARNER23925 | Same | cancelled check |
| 293 | VARNER23927 | Same | cancelled check |
| 294 | VARNER23928 | Same | cancelled check |
| 295 | VARNER23930 | Same | cancelled check |
| 296 | VARNER23931 | Same | cancelled check |
| 297 | VARNER23932 | Same | cancelled check |
| 298 | VARNER23933 | Same | cancelled check |
| 299 | VARNER23936 | Same | cancelled check |

**Defendant's**

| Exhibit | Bates Start | Bates End | Description |
| --- | --- | --- | --- |
| 300 | VARNER23941 | Same | cancelled check |
| 301 | VARNER23942 | Same | cancelled check |
| 302 | VARNER23943 | Same | cancelled check |
| 303 | VARNER23946 | Same | cancelled check |
| 304 | VARNER23947 | Same | cancelled check |
| 305 | VARNER23949 | Same | cancelled check |
| 306 | VARNER23951 | Same | cancelled check |
| 307 | VARNER23952 | Same | cancelled check |
| 308 | VARNER23953 | Same | cancelled check |
| 309 | VARNER23954 | Same | cancelled check |
| 310 | VARNER23955 | Same | cancelled check |
| 311 | VARNER23957 | Same | cancelled check |
| 312 | VARNER23959 | Same | cancelled check |
| 313 | VARNER24009 | VARNER24011 | Transcript of Account for Vernon Varner - 1998 |
| 314 | VARNER24012 | VARNER24013 | Transcript of Account for Vernon Varner - 1999 |
| 315 | VARNER24014 | VARNER24016 | Transcript of Account for Vernon Varner - 2000 |
| 316 | VARNER24017 | VARNER24018 | Transcript of Account for Vernon Varner - 2001 |
| 317 | VARNER24019 | VARNER24020 | Transcript of Account for Vernon Varner - 2002 |
| 318 | VARNER24021 | VARNER24022 | Transcript of Account for Vernon Varner - 2003 |
| 319 | VARNER24023 | VARNER24024 | Transcript of Account for Vernon Varner - 2004 |
| 320 | VARNER24025 | VARNER24026 | Transcript of Account for Vernon Varner - 2005 |
| 321 | VARNER24027 | VARNER24028 | Transcript of Account for Vernon Varner - 2006 |
| 322 | VARNER24029 | VARNER24030 | Transcript of Account for Vernon Varner - 2007 |
| 323 | VARNER24031 | VARNER24034 | Transcript of Account for Vernon Varner - 2008 and 2009 |
| 324 | VARNER24035 | VARNER24036 | Transcript of Account for Lynda Topp Varner - 2000 |
| 325 | VARNER24037 | VARNER24038 | Transcript of Account for Lynda Topp Varner - 2001 |
| 326 | VARNER24039 | VARNER24040 | Transcript of Account for Lynda Topp Varner - 2002 |
| 327 | VARNER24041 | VARNER24042 | Transcript of Account for Lynda Topp Varner - 2003 |

**Defendant's Exhibit** | **Bates Start** | **Bates End** | **Description**
---|---|---|---
328 | VARNER24043 | VARNER24044 | Transcript of Account for Lynda Topp Varner - 2004
329 | VARNER24045 | VARNER24046 | Transcript of Account for Lynda Topp Varner - 2005
330 | VARNER24047 | VARNER24048 | Transcript of Account for Lynda Topp Varner - 2006
331 | VARNER24049 | VARNER24050 | Transcript of Account for Lynda Topp Varner - 2007
332 | VARNER24051 | VARNER24055 | Transcript of Account for Lynda Topp Varner - 2008, 2009, and 2010
333 | MPCR002610 | MPCR002611 | McGladrey & Pullen Memo 4/10/01
334 | MPCR005211 | MPCR005218 | McGladrey & Pullen Memo 4/15/02
335 | MPCR002940 | MPCR002942 | McGladrey & Pullen Letter 4/15/02
336 | MPCR001757 | MPCR001758 | McGladrey & Pullen Letter 4/23/02
337 | MPCR002180 | MPCR002183 | McGladrey & Pullen Memo 4/26/02
338 | MPCR002886 | MPCR002887 | McGladrey & Pullen Memo 5/10/02
339 | MPCR005900 | MPCR005901 | McGladrey & Pullen Memo 2/3/03
340 | MPCR002220 | MPCR002220 | Email from Steve Boyd 3/26/03
341 | MPCR002727 | MPCR002727 | Email from Steve Boyd 5/27/03
342 | MPCR002218 | MPCR002218 | Email from Steve Boyd 8/18/03
343 | MPCR004844 | MPCR004851 | Letter from Steve Boyd 5/24/03
344 | MPCR005955 | MPCR005957 | Letter from St. Paul to Boyd 7/2/02
345 | MPCR005945 | MPCR005945 | General Ledger
346 | MPCR002236 | MPCR002236 | Letter from St. Paul to Boyd 11/18/02
347 | MPCR002235 | MPCR002235 | Letter from St. Paul to Boyd 1/29/03
348 | MPCR002234 | MPCR002234 | Letter from St. Paul to Boyd 3/5/03
349 | MPCR002240 | MPCR002242 | Fax Sheet St. Paul

**Defendant's**

| Exhibit | Bates Start | Bates End | Description |
|---|---|---|---|
| 350 | MPCR002475 | MPCR002476 | McGladrey & Pullen Memo 1/8/03 |
| 351 | MPCR005906 | MPCR005906 | Summary of Payroll Taxes 9/1/02 |
| 352 | MPCR005905 | MPCR005905 | EFTPS Payments |
| 353 | MPCR005904 | MPCR005904 | Summary of Payroll Taxes 9/1/02 |
| 354 | MPCR005919 | MPCR005919 | McGladrey & Pullen Memo 9/3/02 |
| 355 | MPCR006010 | MPCR006012 | McGladrey & Pullen Letter 10/8/02 |
| 356 | MPCR005003 | MPCR005003 | Email from Jim Moore 10/08/03 |
| 357 | MPCR004813 | MPCR004813 | Letter from DeBoer IRS 1/6/04 |
| 358 | MPCR004843 | MPCR004843 | Letter from WS Smith 4/14/04 |
| 359 | MPCR002729 | MPCR002729 | Letter from DeBoer IRS 9/11/03 |
| 360 | MPCR002610 | MPCR002611 | Memo, dated April 10, 2001, from S. Boyd to V. and L. Varner |
| 361 | MPCR002625 | MPCR002625 | Form 2688 Request for extension for filing return for 1999 personal income taxes |
| 362 | MPCR003784 | MPCR003784 | Form 2688 Request for extension for filing return for 2000 personal income taxes |
| 363 | JULY-VARNER-06398 | JULY-VARNER-06398 | Form 7004 Request for extension for filing FY2000 corporate income tax return |
| 364 | MPCR004553 | MPCR004553 | Form 7004 Request for extension for filing FY2001 corporate income tax return |
| 365 | VARNER24056 | VARNER24069 | 1998 Form 1040 - Vernon Varner |
| 366 | VARNER24070 | VARNER24082 | 1999 Form 1040 - Vernon Varner |
| 367 | VARNER24083 | VARNER24097 | 2000 Form 1040X - Vernon Varner |
| 368 | VARNER24098 | VARNER24112 | 2001 Form 1040X - Vernon Varner |

**Defendant's Exhibit** | **Bates Start** | **Bates End** | **Description**
---|---|---|---
369 | VARNER24113 | VARNER24128 | 2002 Form 1040X - Vernon Varner and Lynda Topp Varner
370 | VARNER24129 | VARNER24143 | 2003 Form 1040 - Vernon Varner and Lynda Topp Varner
371 | VARNER24144 | VARNER24152 | 2004 Form 1040 - Vernon Varner and Lynda Topp Varner
372 | VARNER24153 | VARNER24165 | 2005 Form 1040 - Vernon Varner and Lynda Topp Varner
373 | VARNER24166 | VARNER24175 | 2006 Form 1040 - Vernon Varner
374 | VARNER24176 | VARNER24182 | 2007 Form 1040 - Vernon Varner
375 | VARNER24183 | VARNER24191 | 2008 Form 1040 - Vernon Varner
376 | VARNER24192 | VARNER24204 | 2009 Form 1040 - Vernon Varner
377 | VARNER24205 | VARNER24211 | 2006 Form 1040 - Lynda Topp Varner
378 | VARNER24212 | VARNER24221 | 2007 Form 1040 - Lynda Topp Varner
379 | VARNER24222 | VARNER24222 | 2000 IRS IRPTRN for Lynda Topp Varner
380 | VARNER24223 | VARNER24223 | 2001 IRS IRPTRN for Lynda Topp Varner
381 | VARNER24224 | VARNER24238 | 1997 Form 1120 For Vernon Varner MD JD PC
382 | VARNER24239 | VARNER24254 | 1998 Form 1120 For Vernon Varner MD JD PC
383 | VARNER24372 | VARNER24373 | **Summary Exhibit:** Income of Vernon Varner and Lynda Topp Varner as reported on federal income tax returns
384 | VARNER24374 | VARNER24391 | **Summary Exhibit:** Payments made to credit card issuers
385 | VARNER24392 | VARNER24394 | **Summary Exhibit:** Transfers to or for the benefit of Dr. Varner's family members

**Defendant's Exhibit**

| Exhibit | Bates Start | Bates End | Description |
|---|---|---|---|
| 386 | VARNER24395 | VARNER24401 | **Summary Exhibit:** Expenditures on residence by Vernon Varner and Lynda Topp Varner |
| 387 | VARNER24402 | VARNER24427 | Summary Exhibit:  Luxury expenditures by Vernon Varner and Lynda Topp Varner |
| 388 | VARNER24428 | VARNER24430 | **Summary Exhibit:** Payments made on account of Vernon Varner's 1998-2001 income taxes |
| 389 | VARNER24431 | Same | **Summary Exhibit:** Balance of Vernon Varner's past-due tax liability as of various dates |
| 390 | VARNER24255 | VARNER24362 | Voluntary Petition and Schedules for Vernon Varner and Lynda K. Topp Varner |
| 391 | VARNER24363 | VARNER24368 | Amended Schedule B |
| 392 | VARNER24369 | Same | Email dated Mar. 4, 2003, from L.K. Topp Varner to J. Moore and S. Boyd re "Name on Deed" |
| 393 | VARNER24370 | Same | Quit Claim Deed dated Aug. 19, 2002 |
| 394 | VARNER24371 | Same | Warranty Deed dated November 30, 1999 |
| 395 | VARNER24432 | Same | **Demonstrative Exhibit:** Dr. Varner's Tax Liability and Expenditures |
| 396 | | | IRS Account transcript 1998 for Vernon P. Varner MD JD PC (Form 1120) |
| 397 | | | US Corporate Income Tax 1998 Form 1120 - for Vernon P. Varner MD JD PC |
| 398 | | | IRS Account transcript 1999 -- Vernon P. Varner MD JD PC (Form 1120) |
| 399 | | | IRS Account transcript 2000 -- Vernon P. Varner MD JD PC (Form 1120) |

**Defendant's Exhibit** | **Bates Start** | **Bates End** | **Description**
---|---|---|---
400 | | | IRS Account transcript 2001 -- Vernon P. Varner MD JD PC (Form 1120)
401 | | | IRS Account transcript 2002 -- Vernon P. Varner MD JD PC (Form 1120)
402 | | | IRS Account transcript 2003 -- Vernon P. Varner MD JD PC (Form 1120)
403 | | | IRS Account transcript 2004 -- Vernon P. Varner MD JD PC (Form 1120)
404 | | | IRS Account transcript 2005 -- Vernon P. Varner MD JD PC (Form 1120)
405 | | | IRS Account transcript 2006 -- Vernon P. Varner MD JD PC (Form 1120)
406 | | | IRS Account transcript 2007 -- Vernon P. Varner MD JD PC (Form 1120)
407 | | | IRS Account transcript 2008 -- Vernon P. Varner MD JD PC (Form 1120)
408 | | | IRS Account transcript 2009 -- Vernon P. Varner MD JD PC (Form 1120)
409 | | | IRS Account Transcript - Vernon P. Varner MD JD PC (Form 941) for Tax Period: 6/30/98
410 | | | IRS Account Transcript - Vernon P. Varner MD JD PC (Form 941) for Tax Period: 9/30/98
411 | | | IRS Account Transcript - Vernon P. Varner MD JD PC (Form 941) for Tax Period: 12/31/98
412 | | | IRS Account Transcript - Vernon P. Varner MD JD PC (Form 941) for Tax Period: 3/31/99

| Defendant's Exhibit | Bates Start | Bates End | Description |
|---|---|---|---|
| 413 | | | IRS Account Transcript - Vernon P. Varner MD JD PC (Form 941) for Tax Period: 6/30/99 |
| 414 | | | IRS Account Transcript - Vernon P. Varner MD JD PC (Form 941) for Tax Period: 12/31/99 |
| 415 | | | IRS Account Transcript - Vernon P. Varner MD JD PC (Form 941) for Tax Period: 3/31/00 |
| 416 | | | IRS Account Transcript - Vernon P. Varner MD JD PC (Form 941) for Tax Period: 6/30/00 |
| 417 | | | IRS Account Transcript - Vernon P. Varner MD JD PC (Form 941) for Tax Period: 9/30/00 |
| 418 | | | IRS Account Transcript - Vernon P. Varner MD JD PC (Form 941) for Tax Period: 12/31/00 |
| 419 | | | IRS Account Transcript - Vernon P. Varner MD JD PC (Form 941) for Tax Period: 3/31/01 |
| 420 | | | IRS Account Transcript - Vernon P. Varner MD JD PC (Form 941) for Tax Period: 6/30/01 |
| 421 | | | IRS Account Transcript - Vernon P. Varner MD JD PC (Form 941) for Tax Period: 9/30/01 |
| 422 | | | IRS Account Transcript - Vernon P. Varner MD JD PC (Form 941) for Tax Period: 12/31/01 |
| 423 | | | IRS Account Transcript - Vernon P. Varner MD JD PC (Form 941) for Tax Period: 3/31/02 |

**Defendant's Exhibit** | **Bates Start** | **Bates End** | **Description**
---|---|---|---
424 | | | Summary: Employment Taxes Paid by Vernon Varner MD JD PC 1999-2008
425 | | | Summary Chart comparing timely and untimely employment-tax payments