**IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF IOWA**

In the Matter of:

| | |
|---|---|
| **Vernon Paul Varner,** <br> **Lynda K. Topp Varner,** | Case No. **09-03857-lmj7** |
| Debtors | |
| **Vernon Paul Varner,** <br> **Lynda K. Topp Varner,** | Adversary No. **09-30121-lmj** |
| Plaintiffs | |
| v. | |
| **United States of America** <br> **(Internal Revenue Service),** | |
| Defendant | |

**July 7 and 8, 2011 Trial On**
**Complaint To Determine Dischargeability Pursuant To 11 U.S.C. Section 523(a)(1)(C)**

Court Reporter: Linda M. Miller, Susan Frye & Associates

Appearances:   Vernon Paul Varner, Pro se Plaintiff / Debtor
            Lynda K. Topp Varner, Pro se Plaintiff / Debtor
            Curtis J. Weidler, Attorney for Defendant

**ORDER**
**(date entered on docket: July 8, 2011)**

**It is hereby ORDERED that:**

**(1)** The tax debts in issue are dischargeable.

**(2)** The Clerk's Office shall enter judgment accordingly.

**(3)** The parties shall bear their own costs.

**It is further ORDERED that:**

**(4)** By July 15, 2011, Vernon Paul Varner shall contact the Chapter 7 trustee regarding the unscheduled asset (coin collection) discussed during the proceeding.  If the trustee determines this is an asset he will administer (rather than abandon from the bankruptcy estate), the debtor shall promptly turn said asset over to the trustee.

**(5)** By August 31, 2011, the Chapter 7 trustee shall file a status report regarding his efforts to administer the scheduled asset (Vernon Paul Varner's lawsuit against McGladery & Pullen et al) that was mentioned throughout the trial in this proceeding.

The ruling on the record today shall constitute the Court's findings and conclusions pursuant to Rule 7052 of the Federal Rules of Bankruptcy Procedure.

/s/ Lee M. Jackwig
Lee M. Jackwig
U.S. Bankruptcy Judge

Parties receiving this order from the Clerk of Court:
Electronic Filers in this Adversary Proceeding; V. Varner; L. Varner