**IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF IOWA**

In the Matter of:

**Vernon Paul Varner,**                                                     Case No. **09-03857-lmj7**
**Lynda K. Topp Varner,**

              Debtors

**Vernon Paul Varner,**                                                    Adversary No. **09-30121-lmj**
**Lynda K. Topp Varner,**

              Plaintiffs

v.

**United States of America
(Internal Revenue Service),**

              Defendant

**JUDGMENT**
**(date entered on docket: July 8, 2011)**

Pursuant to the Order entered in this proceeding today,

**IT IS ORDERED AND ADJUDGED that:** Vernon Paul Varner's federal income tax liabilities for 1998 through 2001 are dischargeable.

                                                                 /s/ Lee M. Jackwig
                                                                  Lee M. Jackwig
                                                                  U.S. Bankruptcy Judge

Parties receiving this judgment from the Clerk of Court:
Electronic Filers in this Adversary Proceeding; V. Varner; L. Varner