United States Bankruptcy Court
Southern District of Iowa

Varner,
    Plaintiff

Adv. Proc. No. 09-30121-lmj

United States of America (IRS),
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0863-4     User: jj     Page 1 of 1     Date Rcvd: Jul 11, 2011
                   Form ID: pdf008     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 13, 2011.
pla        +Lynda K. Topp Varner,    14 Brickwood Circle N.E.,    Iowa City, IA 52240-9158
pla        +Vernon Paul Varner,    14 Brickwood Circle N.E.,    Iowa City, IA 52240-9158

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 13, 2011**          **Signature:** _Joseph Speetjens_

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF IOWA**

In the Matter of:

**Vernon Paul Varner,**  Case No. **09-03857-lmj7**
**Lynda K. Topp Varner,**

        Debtors

**Vernon Paul Varner,**  Adversary No. **09-30121-lmj**
**Lynda K. Topp Varner,**

        Plaintiffs

v.

**United States of America
(Internal Revenue Service),**

        Defendant

**July 7 and 8, 2011 Trial On
Complaint To Determine Dischargeability Pursuant To 11 U.S.C. Section 523(a)(1)(C)**

Court Reporter: Linda M. Miller, Susan Frye & Associates

Appearances:   Vernon Paul Varner, Pro se Plaintiff / Debtor
                Lynda K. Topp Varner, Pro se Plaintiff / Debtor
                Curtis J. Weidler, Attorney for Defendant

**ORDER
(date entered on docket: July 8, 2011)**

**It is hereby ORDERED that:**

**(1)** The tax debts in issue are dischargeable.

**(2)** The Clerk's Office shall enter judgment accordingly.

**(3)** The parties shall bear their own costs.

**It is further ORDERED that:**

**(4)** By July 15, 2011, Vernon Paul Varner shall contact the Chapter 7 trustee regarding the unscheduled asset (coin collection) discussed during the proceeding. If the trustee determines this is an asset he will administer (rather than abandon from the bankruptcy estate), the debtor shall promptly turn said asset over to the trustee.

**(5)** By August 31, 2011, the Chapter 7 trustee shall file a status report regarding his efforts to administer the scheduled asset (Vernon Paul Varner's lawsuit against McGladery & Pullen et al) that was mentioned throughout the trial in this proceeding.

    The ruling on the record today shall constitute the Court's findings and conclusions pursuant to Rule 7052 of the Federal Rules of Bankruptcy Procedure.

                                              /s/ Lee M. Jackwig
                                              Lee M. Jackwig
                                              U.S. Bankruptcy Judge

Parties receiving this order from the Clerk of Court:
Electronic Filers in this Adversary Proceeding; V. Varner; L. Varner