United States Bankruptcy Court
Southern District of Iowa

Varner,
        Plaintiff

Adv. Proc. No. 09-30121-lmj

United States of America (IRS),
        Defendant

## CERTIFICATE OF NOTICE

District/off: 0863-4          User: jj              Page 1 of 1              Date Rcvd: Jul 11, 2011
                             Form ID: pdf008        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 13, 2011.
pla          +Lynda K. Topp Varner,   14 Brickwood Circle N.E.,   Iowa City, IA 52240-9158
pla          +Vernon Paul Varner,   14 Brickwood Circle N.E.,   Iowa City, IA 52240-9158

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 13, 2011**                    **Signature:**

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF IOWA**

In the Matter of:

**Vernon Paul Varner,**                                            Case No. **09-03857-lmj7**
**Lynda K. Topp Varner,**

          Debtors

**Vernon Paul Varner,**                                            Adversary No. **09-30121-lmj**
**Lynda K. Topp Varner,**

          Plaintiffs

v.

**United States of America**
**(Internal Revenue Service),**

          Defendant

**JUDGMENT**
**(date entered on docket: July 8, 2011)**

Pursuant to the Order entered in this proceeding today,

**IT IS ORDERED AND ADJUDGED that:** Vernon Paul Varner's federal income tax liabilities for 1998 through 2001 are dischargeable.

/s/ Lee M. Jackwig
Lee M. Jackwig
U.S. Bankruptcy Judge

Parties receiving this judgment from the Clerk of Court:
Electronic Filers in this Adversary Proceeding; V. Varner; L. Varner